CR 18  00312   EJD   SVK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### vs.
### XIAOLANG ZHANG

FILED
JUL 12 2018
NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

### INDICTMENT

COUNT ONE (18 U.S.C. § 1832(a)(1) – Theft of Trade Secrets)

*A true bill.*

_____
Foreperson

Filed in open court this ___12___ day of ___July___
A.D. 2018

_____
United States Magistrate Judge

Bail. $ ___No process___

ALEX G. TSE (CABN 152348)
Acting United States Attorney

FILED
JUL 12 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> XIAOLANG ZHANG, <br>     Defendant. | Case No. CR 18 00312 EJD SVK <br><br> VIOLATION: Title 18, United States Code, Section 1832(a)(1) – Theft of Trade Secrets. <br><br> SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1832(a)(1) – Theft of Trade Secrets)

On or about April 30, 2018, in the Northern District of California, the defendant,

XIAOLANG ZHANG,

with the intent to convert a trade secret related to a product and service used in and intended for use in interstate and foreign commerce, specifically a 25-page document containing detailed schematic drawings of a circuit board designed to be used in the critical infrastructure of a portion of an autonomous vehicle, to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense will injure the owner of that trade secret, Apple Inc., knowingly

INDICTMENT                                              1

did steal and, without authorization, appropriate, take, carry away, conceal, and by fraud, artifice, and deception obtain such information,

All in violation of Title 18, United States Code, Section 1832(a)(1).

DATED: 7-17-18

A TRUE BILL.

_____
FOREPERSON

ALEX G. TSE
Acting United States Attorney

_____
JOHN H. HEMANN
Deputy Chief, Criminal Division

(Approved as to form: _____
AUSA MATTHEW A. PARRELLA
AUSA AMIE D. ROONEY

INDICTMENT                                                           2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | | Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION** |

**OFFENSE CHARGED**

COUNT ONE: Title 18, United States Code, Section 1832(a)(1) Theft of Trade Secrets.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years imprisonment, $250,000 fine, $100 special assessment, and 3 years' supervised release

**DEFENDANT - U.S.**

▶ XIAOLANG ZHANG

DISTRICT COURT NUMBER: CR 18 00312

FILED JUL 12 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

EJD
SVK

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Eric M. Proudfoot, Special Agent, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form: ALEX G. TSE, Acting
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Amie D. Rooney

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: