# United States District Court
# Northern District of California



FILED
JUL 12 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. XIAOLANG ZHANG

**Case Number:** CR 18 00312 EJD SVK

**Total Number of Defendants:**
- 1 ✓
- 2-7 ☐
- 8 or more ☐

**Is This Case Under Seal?**
- Yes ☐
- No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes ☐
- No ✓

**Venue (Per Crim. L.R. 18-1):**
- SF ☐
- OAK ☐
- SJ ✓
- EUR ☐
- MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes ☐
- No ✓

**Assigned AUSA (Lead Attorney):** Amie D. Rooney

**Is this a RICO Act gang case?**
- Yes ☐
- No ✓

**Date Submitted:** July 12, 2018

**Comments:**

Save | Print | Clear Form

July 2013