1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215324)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5042
        FAX: (408) 535-5066
8       matthew.parrella@usdoj.gov

9

10 Attorneys for United States of America

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,              )  CR – 18 – 00312  EJD
15                                        )
           Plaintiff,                     )  GOVERNMENT'S NOTICE OF APPEARANCE
16                                        )  PURSUANT TO GENERAL ORDER NO. 45.IV.C
      v.                                  )
17                                        )
                                          )
18                                        )
                                          )
19 XIAOLANG ZHANG                         )
                                          )
20         Defendant.                     )
                                          )
21                                        )

22

23           **TO THE CLERK OF THE COURT AND
             ALL COUNSEL AND PARTIES OF RECORD:**

24 **PLEASE TAKE NOTICE** that, pursuant to General Order No. 45.IV.C, Assistant United

25 States Attorney Matthew A. Parrella hereby makes his appearance as additional counsel on behalf of the

26 United States in the above captioned matter, and requests that all notices given or required

27 to be given, and all papers filed or served or required to be served in the above captioned matter,

28 whether on paper or electronically, be provided to and served upon counsel of record at the

GOVT NOTICE OF APPEARANCE
CR-18-00312 EJD

1  addresses set forth below, in addition to any addresses previously noticed to this Court:

2      150 Almaden Blvd., 9th Floor
    San Jose, CA 95113

3

4      matthew.parrella@usdoj.gov

5      elise.etter@usdoj.gov

6

7  DATED: August 23, 2018

                                            Respectfully submitted,

8                                              ALEX G. TSE
                                            United States Attorney

9

10                                             /s/

11                                             MATTHEW A. PARRELLA
                                            Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVT NOTICE OF APPEARANCE
CR-18-00312 EJD