Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611017599
Cashier ID: waltonb
Transaction Date: 07/18/2018
Payer Name: Xiao Lang Zhang
----------------------------------------
TREASURY REGISTRY
 For: Xiao Lang Zhang
 Case/Party: D-CAN-5-18-MJ-070919-001
 Amount:      $10,000.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: Xiao Lang Zhang
 Check/Money Order Num: 102
 Amt Tendered: $10,000.00
----------------------------------------
Total Due:      $10,000.00
Total Tendered: $10,000.00
Change Amt:     $0.00

Cash Bond Posting
Duty Mag Judge

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.