UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 27, 2018    **Time:** 1:38-1:43 pm    **Judge:** Edward J. Davila

**Total Time:** 5 Mins.

**Case No.:** 18-cr-00312-EJD-1    **Case Name:** UNITED STATES v. Xiaolang Zhang(P)(NC)(I)

**Attorney for Plaintiff:** Matthew Parrella
**Attorney for Defendant:** Daniel Olmos

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** Chen Hao-Hsu(Mandarin)    **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE

Defendant is present and out of custody and assisted by the Mandarin language interpreter. Hearing held.

Parties made a joint request that the Court designate this case as complex. **The Court ordered the case complex.** The parties informed the court that there is extensive discovery in this matter which is deemed confidential and the parties believe they will have an agreed upon proposed protective order by the end of the week. Counsel requested the matter be continued. **The Court granted the request and continued the matter to 10/22/2018.**

The Court ordered time excluded pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 8/27/2018 through and including 10/22/2018. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO:** October 22, 2018 1:30 P.M. for Further Status Conference.

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel and case complex
Begins – 8/27/2018
Ends – 10/22/2018

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: