```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611136494
Cashier ID: almaceh
Transaction Date: 09/07/2018
Payer Name: Xiaolang Zhang
----------------------------------
COMMERCIAL REGISTRY OTHER
 For: Xiaolang Zhang
 Case/Party: D-CAN-5-18-CR-000312-001
 Amount:        $0.00
----------------------------------
NON-CASH COLLATERAL
 Amt Tendered: $0.00
----------------------------------
Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

deed of trust
23994242
EJD

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```