# AGREEMENT TO BE BOUND BY
# STIPULATED INTERIM PROTECTIVE ORDER

The undersigned, defendant XIAOLANG ZHANG, and his counsel in the above-captioned case, CR 18-00312-EJD, hereby acknowledge that he has received a copy of the Stipulated Interim Protective Order, has read, understands, and agrees to be bound by all of the provisions thereof, and hereby submits to the jurisdiction of the United States District Court for the Northern District of California for the purposes of enforcement of the terms of the Stipulated Interim Protective Order and the punishment of any violations thereof.

Dated: 9/12/18

DANIEL OLMOS
Counsel for XIAOLANG ZHANG

Dated: 09/12/2018

XIAOLANG ZHANG
Defendant

ACKNOWLEDGMENT RE STIP. INTERIM PROT. ORDER
CR 18-00312-EJD