1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215324)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      Amie.Rooney@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,           )   NO. 18CR00312-EJD
14                                      )
           Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
15                                      )   CONTINUING STATUS CONFERENCE
       v.                               )
16                                      )
    XIAOLANG ZHANG,                     )
17                                      )
           Defendant.                   )
18                                      )
                                        )
19

20         IT IS HEREBY STIPULATED AND AGREED between the United States and defendant

21  XIAOLANG ZHANG by and through undersigned counsel, that the status conference now scheduled

22  for October 22, 2018, be continued to December 17, 2018, at 1:30 p.m.  The reason for the stipulated

23  continuance is so that defense counsel could continue to prepare, including by reviewing the initial

24  discovery very recently produced.  Since the parties last appeared before the court in August, the parties

25  actively negotiated a protective order to govern the discovery process.  The government is producing

26  initial discovery today and the parties anticipate additional discovery productions in November and

27  beyond.  The United States will also respond to requests for examinations of physical evidence

28  expeditiously.

Further, the parties hereby stipulate that the time period from October 22, 2018, to December 17, 2018 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to further the interest of justice, and to promote the continuity and effective preparation of counsel, taking into account the exercise of due diligence.  Failure to grant the continuance would deny the defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 22, 2018 through December 17, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 18, 2018
/s/
AMIE D. ROONEY
MATTHEW A. PARRELLA
Assistant United States Attorneys

DATED: October 18, 2018
/s/
DANIEL B. OLMOS
Counsel for Defendant XIAOLANG ZHANG

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for October 22, 2018, is continued to December 17, 2018, at 1:30 p.m.  Further, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from October 22, 2018 through December 17, 2018, and that failing to grant the continuance would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to December 17, 2018, and that the time from October 22, 2018 to December 17, 2018 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge