1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215324)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5061
        FAX: (408) 535-5066
8       Amie.Rooney@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18CR00312-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant XIAOLANG ZHANG by and through undersigned counsel, that the status conference now scheduled for October 22, 2018, be continued to December 17, 2018, at 1:30 p.m. The reason for the stipulated continuance is so that defense counsel could continue to prepare, including by reviewing the initial discovery very recently produced. Since the parties last appeared before the court in August, the parties actively negotiated a protective order to govern the discovery process. The government is producing initial discovery today and the parties anticipate additional discovery productions in November and beyond. The United States will also respond to requests for examinations of physical evidence expeditiously.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18 CR 00312-EJD                                                                v. 7/10/2018

| | |
|---|---|
| 1 | Further, the parties hereby stipulate that the time period from October 22, 2018, to December 17, |
| 2 | 2018 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) |
| 3 | to further the interest of justice, and to promote the continuity and effective preparation of counsel, |
| 4 | taking into account the exercise of due diligence. Failure to grant the continuance would deny the |
| 5 | defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, |
| 6 | taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties |
| 7 | further stipulate and agree that the ends of justice served by excluding the time from October 22, 2018 |
| 8 | through December 17, 2018, from computation under the Speedy Trial Act outweigh the best interests of |
| 9 | the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). |

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 18, 2018

/s/
AMIE D. ROONEY
MATTHEW A. PARRELLA
Assistant United States Attorneys

DATED: October 18, 2018

/s/
DANIEL B. OLMOS
Counsel for Defendant XIAOLANG ZHANG

1

2  **[PROPOSED]** ORDER

3       Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is

4 hereby ordered that the status conference now scheduled for October 22, 2018, is continued to

5 December 17, 2018, at 1:30 p.m.  Further, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court

6 finds that the ends of justice served in granting the continuance outweigh the best interests of the public

7 and the defendant in a speedy trial and excludes time from October 22, 2018 through December 17,

8 2018, and that failing to grant the continuance would unreasonably deny defense counsel and the

9 defendant the reasonable time necessary for effective preparation, taking into account the exercise of

10 due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, and with the consent of the parties, IT IS

11 HEREBY ORDERED that the status hearing be continued to December 17, 2018, and that the time from

12 October 22, 2018 to December 17, 2018 shall be excluded from computation under the Speedy Trial

13 Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14       IT IS SO ORDERED.

17 DATED: 10/18/2018

      HON. EDWARD J. DAVILA
18       United States District Judge