ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

AMIE D. ROONEY (CABN 215324)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Amie.Rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18CR00312-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant XIAOLANG ZHANG by and through undersigned counsel, that the status conference now scheduled for December 17, 2018, be continued to February 25, 2019, at 1:30 p.m.  The reason for the stipulated continuance is so that defense counsel may continue to prepare, including by reviewing the additional discovery in the process of being produced.  Since the parties last appeared the government has produced initial discovery, and the parties anticipate multiple additional discovery productions in January and February.  The United States will also respond to requests for examinations of physical evidence expeditiously.

1     Further, the parties hereby stipulate that the time period from December 17, 2018, to February 25, 2019 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to further the interest of justice, and to promote the continuity and effective preparation of counsel, taking into account the exercise of due diligence.  Failure to grant the continuance would deny the defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from December 17, 2018 through February 25, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED:  December 13, 2018                                          /s/
                                                                                 AMIE D. ROONEY
                                                                                 MATTHEW A. PARRELLA
                                                                                 Assistant United States Attorneys

DATED:  December 13, 2018                                          /s/
                                                                                 DANIEL B. OLMOS
                                                                                 Counsel for Defendant XIAOLANG ZHANG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for December 17, 2018, is continued to February 25, 2019, at 1:30 p.m.  Further, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from December 17, 2018 through February 25, 2019, and that failing to grant the continuance would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to February 25, 2019, and that the time from December 17, 2018 to February 25, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. EDWARD J. DAVILA
United States District Judge