1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215324)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5061
        FAX: (408) 535-5066
8       Amie.Rooney@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,           )   NO. 18CR00312-EJD
14                                      )
         Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
15                                      )   CONTINUING STATUS CONFERENCE
      v.                                )
16                                      )
    XIAOLANG ZHANG,                     )
17                                      )
         Defendant.                     )
18                                      )
                                        )
19

20       IT IS HEREBY STIPULATED AND AGREED between the United States and defendant

21  XIAOLANG ZHANG by and through undersigned counsel, that the status conference now scheduled

22  for February 25, 2019, be continued to April 1, 2019, at 1:30 p.m.  The reason for the stipulated

23  continuance is so that defense counsel may continue to prepare, including by reviewing the additional

24  discovery in the process of being produced.  Since the parties last appeared the government has

25  produced discovery, and the parties anticipate multiple additional discovery productions within the next

26  30 days.  The United States will also respond to requests for examinations of physical evidence

27  expeditiously.

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18 CR 00312-EJD                                                                    v. 7/10/2018

1   Further, the parties hereby stipulate that the time period from February 25, 2019, to April 1, 2019
2   should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to
3   further the interest of justice, and to promote the continuity and effective preparation of counsel, taking
4   into account the exercise of due diligence.  Failure to grant the continuance would deny the defendant
5   continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into
6   account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties further
7   stipulate and agree that the ends of justice served by excluding the time from February 25, 2019 through
8   April 1, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public
9   and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

10   The undersigned Assistant United States Attorneys certify that they have obtained approval from
11   counsel for the defendant to file this stipulation and proposed order.

13   IT IS SO STIPULATED.

14   DATED: February 20, 2019                    /s/
                                                AMIE D. ROONEY
15                                              MATTHEW A. PARRELLA
                                                Assistant United States Attorneys

17   DATED: February 20, 2019                    /s/
                                                DANIEL B. OLMOS
18                                              Counsel for Defendant XIAOLANG ZHANG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for February 25, 2019, is continued to April 1, 2019, at 1:30 p.m.  Further, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from February 25, 2019 through April 1, 2019, and that failing to grant the continuance would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to April 1, 2019, and that the time from February 25, 2019 to April 1, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 2/20/2019

HON. EDWARD J. DAVILA
United States District Judge