UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 1, 2019  **Time:** 2:06-2:09 pm  **Judge:** Edward J. Davila
**Total Time:** 3 Mins.

**Case No.:** 18-cr-00312-EJD-1  **Case Name:** UNITED STATES v. Xiaolang Zhang(P)(NC)(I)

**Attorney for Plaintiff:** Matthew Parrella, Amie Rooney
**Attorney for Defendant:** Daniel Olmos

**Deputy Clerk:** Adriana M. Kratzmann  **Court Reporter:** Irene Rodriguez

**Interpreter:** Marilyn Loung (Mandarin)  **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE

Defendant is present and out of custody and assisted by the Mandarin language interpreter. Hearing held.
The Government updated the Court as to the status of the discovery production, there was a great deal of evidence seized which has all been imaged and the Government anticipates the production will be ready to provide to defense soon.  Counsel requested the matter be continued to allow for this to occur.
The Court granted the request and continued the matter to 7/15/2019.
The Court ordered time excluded pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 4/1/2019 through and including 7/15/2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: July 15, 2019 1:30 P.M. for Further Status Conference.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel and case complex
Begins – 4/1/2019
Ends – 7/15/2019

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: