DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AMIE D. ROONEY (CABN 215324)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Amie.Rooney@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 18-CR-00312-EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| XIAOLANG ZHANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant

XIAOLANG ZHANG, by and through undersigned counsel, that the status conference now scheduled

for July 18, 2019, be continued to September 23, 2019, at 1:30 p.m.  The reason for the stipulated

continuance is so that defense counsel may continue to prepare, including by reviewing the additional

discovery in the process of being produced.  Since the parties last appeared the government has

produced additional discovery, and the parties anticipate multiple additional discovery productions in

the intervening time period.  The United States will also respond to requests for examinations of

physical evidence expeditiously.

1    Further, the parties hereby stipulate that the time period from July 18, 2019, to September 23,

2  2019 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)

3  to further the interest of justice, and to promote the continuity and effective preparation of counsel,

4  taking into account the exercise of due diligence.  Failure to grant the continuance would deny the

5  defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation,

6  taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties

7  further stipulate and agree that the ends of justice served by excluding the time from July 18, 2019

8  through September 23, 2019, from computation under the Speedy Trial Act outweigh the best interests

9  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

10    The undersigned Assistant United States Attorneys certify that they have obtained approval from

11  counsel for the defendant to file this stipulation and proposed order.

12

13    IT IS SO STIPULATED.

14                                             DAVID L. ANDERSON
                                               United States Attorney
15
   DATED:  June 20, 2019
16                                             _____/s/_____
                                               AMIE D. ROONEY
17                                             MATTHEW A. PARRELLA
                                               Assistant United States Attorneys
18
   DATED:  June 20, 2019
19                                             _____/s/_____
                                               DANIEL B. OLMOS
20                                             Counsel for Defendant XIAOLANG ZHANG

21

22

23

24

25

26

27

28

1

2                                      **[PROPOSED]** **ORDER**

3            Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is

4    hereby ordered that the status conference now scheduled for July 18, 2019, is continued to September

5    23, 2019, at 1:30 p.m.  Further, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that

6    the ends of justice served in granting the continuance outweigh the best interests of the public and the

7    defendant in a speedy trial and excludes time from July 18, 2019 through September 23, 2019, and that

8    failing to grant the continuance would unreasonably deny defense counsel and the defendant the

9    reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10   18 U.S.C. § 3161(h)(7)(B)(iv).

11           Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing

12   be continued to September 23, 2019, and that the time from July 18, 2019 to September 23, 2019 shall

13   be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14           IT IS SO ORDERED.

15

16

17   DATED: ___6/21/2019_____          _____

18                                           HON. EDWARD J. DAVILA
                                             United States District Judge
19

20

21

22

23

24

25

26

27

28