DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-CR-000312 EJD |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| XIAOLANG ZHANG, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Marissa Harris appears in this matter in substitution of AUSA Amie Rooney. Future ECF notices should be sent to Assistant United States Attorney Marissa Harris with the following contact information: 150 Almaden Boulevard, Suite 900, San Jose, California 95113. Email: marissa.harris@usdoj.gov. AUSA Amie Rooney should be removed from the list of persons to be noticed.

DATED: August 1, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

    /s/
MARISSA HARRIS
Assistant United States Attorney