1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MARISSA HARRIS (NYBN 4763025)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        marissa.harris@usdoj.gov
8
   Attorneys for United States of America
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,           ) NO. 18-CR-00312-EJD
                                       )
14       Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                       ) CONTINUING STATUS CONFERENCE
15    v.                               )
                                       )
16                                     )
   XIAOLANG ZHANG,                     )
17                                     )
         Defendant.                    )
18                                     )

19

20       IT IS HEREBY STIPULATED AND AGREED between the United States and defendant

21 XIAOLANG ZHANG, by and through undersigned counsel, that the status conference now scheduled

22 for September 23, 2019 be continued to December 9, 2019, at 1:30 p.m.  The reason for the stipulated

23 continuance is so that defense counsel may continue to prepare, including by meeting and conferring

24 with the government regarding the additional discovery recently produced and potential resolutions of

25 the case.  The United States will also respond to requests for any examinations of physical evidence

26 expeditiously.

27       Further, the parties hereby stipulate that the time period from September 23, 2019 to December

28 9, 2019 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18-CR-00312 EJD                                                              v. 7/10/2018

1 (B)(iv) to further the interest of justice, and to promote the continuity and effective preparation of
2 counsel, taking into account the exercise of due diligence.  Failure to grant the continuance would deny
3 the defendant continuity of counsel and deny counsel reasonable time necessary for effective
4 preparation, taking into account the exercise of due diligence, per 18 U.S.C. §§ 3161(h)(7)(A) and
5 (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from
6 September 23, 2019 through December 9, 2019, from computation under the Speedy Trial Act outweigh
7 the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

8       The undersigned Assistant United States Attorney certifies that they have obtained approval from
9 counsel for the defendant to file this stipulation and proposed order.

10       IT IS SO STIPULATED.

DAVID L. ANDERSON
United States Attorney

13 DATED: September 19, 2019                      /s/
MARISSA HARRIS
Assistant United States Attorney

16 DATED: September 19, 2019                      /s/
DANIEL B. OLMOS
Counsel for Defendant ZHANG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for September 23, 2019, is continued to December 9, 2019, at 1:30 p.m.  Further, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from September 23, 2019 through December 9, 2019, and that failing to grant the continuance would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to December 9, 2019, and that the time from September 23, 2019 to December 9, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge