DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18-CR-00312-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant XIAOLANG ZHANG, by and through undersigned counsel, that the status conference now scheduled for September 23, 2019 be continued to December 9, 2019, at 1:30 p.m.  The reason for the stipulated continuance is so that defense counsel may continue to prepare, including by meeting and conferring with the government regarding the additional discovery recently produced and potential resolutions of the case.  The United States will also respond to requests for any examinations of physical evidence expeditiously.

Further, the parties hereby stipulate that the time period from September 23, 2019 to December 9, 2019 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

(B)(iv) to further the interest of justice, and to promote the continuity and effective preparation of counsel, taking into account the exercise of due diligence.  Failure to grant the continuance would deny the defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from September 23, 2019 through December 9, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

      The undersigned Assistant United States Attorney certifies that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

      IT IS SO STIPULATED.

DAVID L. ANDERSON  
United States Attorney

DATED:  September 19, 2019       /s/  
MARISSA HARRIS  
Assistant United States Attorney

DATED:  September 19, 2019       /s/  
DANIEL B. OLMOS  
Counsel for Defendant ZHANG

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER  
Case No. 18-CR-00312 EJD      v. 7/10/2018

**[PROPOSED]** **ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for September 23, 2019, is continued to December 9, 2019, at 1:30 p.m.  Further, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from September 23, 2019 through December 9, 2019, and that failing to grant the continuance would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to December 9, 2019, and that the time from September 23, 2019 to December 9, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 9/19/2019

HON. EDWARD J. DAVILA
United States District Judge