PROPOSED ORDER/COVER SHEET

TO: Honorable Virginia K. DeMarchi  
U.S. Magistrate Judge

RE: Xiaolang Zhang

FROM: Silvio Lugo, Chief  
U.S. Pretrial Services Officer

Docket No.: 0971 5:18-70919M

Date: 9/30/19

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Kim Do                                                                 (408) 535-5224

U.S. Pretrial Services Officer                              TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __2__ on __Oct. 15, 2019__ at __1:30 pm__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____   _9/30/19_  
JUDICIAL OFFICER                                    DATE