Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  vs.<br><br>XIAOLANG ZHANG,<br><br>  Defendant. | Case No. 5:18-cr-0312 EJD<br><br>**DECLARATION OF QIANQIAN SHI RE: MODIFICATION OF RELEASE CONDITIONS** |

I, Qianqian Shi, declare as follows:

1. On July 10, 2018, I appeared in this Court and agreed to be a surety on a secured bond in the amount of $300,000 as a condition of pretrial release for my husband, Defendant Xiaolang Zhang.

2. The $300,000 for which I agreed to be a surety is comprised primarily of equity in the home which I own together with Mr. Zhang.

3. At the time I agreed to be a surety in this case, the release conditions for Mr. Zhang included GPS monitoring and a curfew to be imposed by Pretrial Services, together with additional conditions of which I was made aware by the Court.

4. I understand that the Court has ordered a modification of Mr. Zhang's conditions of release by deleting the GPS monitoring and curfew requirements. I understand that all other release conditions, including the secured bond for which I am a surety, will remain the same.

5.   Understanding the modifications to the conditions of release in this case for my husband, Defendant Xiaolang Zhang, I agree to remain as a surety in the amount of $300,000.

I declare that the foregoing is true and correct.

Dated: October 16, 2019

_____
Qianqian Shi