DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>XIAOLANG ZHANG,<br><br>    Defendant. | No: CR 18-00312 EJD<br><br>UNITED STATES' APPLICATION FOR STAY OF ORDER REMOVING LOCATION MONITORING AS A CONDITION OF RELEASE |

On October 15, 2019, Magistrate Judge Virginia DeMarchi granted a request by Pretrial Services to remove location monitoring as a condition of the defendant's release. The United States opposes the removal of location monitoring—which was imposed based on the recognition that both the defendant's underlying conduct and his behavior when confronted with that conduct indicates that he poses a significant risk of flight. None of the facts underlying that assessment have changed since the defendant's release in July 2018. The only thing that has changed is the willingness of Pretrial Services to administer the defendant's location monitoring.

Zhang was indicted in 2018 with Theft of Trade Secrets, in violation of 18 U.S.C. § 1832(a)(1). Zhang was previously employed as an engineer at Apple, the corporate victim in this case. Zhang was hired around December 7, 2015 as an engineer on one of Apple's proprietary projects. In April 2018,

1

Zhang took paternity leave following the birth of his child pursuant to Apple's employee leave policy. While on paternity leave, Zhang traveled with his family to China. On April 30, 2018, shortly after returning from China, Zhang met with his immediate supervisor at Apple and explained that he would be resigning to move back to China in order to be closer to his mother. However, as the meeting progressed, Zhang disclosed that he intended to work for a Chinese competitor on the very same technologies that Apple had hired Zhang to develop for them.

Apple launched an internal investigation and subsequently determined that Zhang had downloaded copious amounts of project information from confidential and secured databases and had improperly accessed Apple's laboratory spaces while on leave. Zhang had a high level of access within Apple at the time he downloaded this information, which contained confidential trade secrets and intellectual property. Zhang was terminated from Apple effective May 5, 2018.

On Saturday, July 7, 2018, FBI Agents learned that Zhang, a Chinese national, had purchased a last-minute round-trip airline ticket with no co-travelers, departing San Jose, California on July 7, 2018, traveling to Beijing, China with a final destination of Hangzhou, China, aboard Hainan Airlines. Agents intercepted ZHANG at the San Jose International Airport after he had passed through the security checkpoint of Terminal B, where he was arrested by federal agents without incident based on probable cause to believe that he had committed theft of trade secrets in violation of 18 U.S.C. § 1832.

A complaint charging a single violation of 18 U.S.C. § 1832(a)(1) was signed by Magistrate Judge DeMarchi on July 9, 2018, and Zhang was arraigned on the same day. On July 10, 2018, ZHANG was released from custody on a $300,000 bond, secured by real property and $10,000 in cash. Other conditions of release included pretrial supervision, a travel restriction to the Northern District of California, surrender of Zhang's passports, and GPS monitoring to ensure compliance with location restrictions.

The government executed search warrants on Zhang's residence in San Jose and on devices seized by Apple during its internal investigations of Zhang. Review of the dozens of devices recovered during both searches is ongoing, however preliminary results revealed numerous items of Apple's proprietary technical, and confidential data located on these devices.

On October 2, 2019, Pretrial Services submitted a request to remove the GPS location

monitoring and Magistrate Judge DeMarchi set a bail review hearing for October 15, 2019. After arguments by both parties, Magistrate Judge DeMarchi issued a ruling removing the location monitoring condition over the government's objection.

The government will seek review of Magistrate Judge DeMarchi's ruling removing GPS location monitoring as a condition of release. Magistrate Judge DeMarchi granted a 24-hour stay for the government to determine whether to seek district court review of the Order. Absent this Court's intervention as requested in the attached proposed order, Chen will be removed from location monitoring before the government's appeal can be heard by this Court.

Accordingly, the United States respectfully requests that the Court stay the magistrate court's Order pending this Court's determination of the government's appeal. A proposed order and briefing schedule is submitted herewith. The government has met and conferred with the defense regarding the proposed briefing dates.

DATED: October 16, 2019                                    Respectfully submitted,

                                                                           DAVID. L. ANDERSON
                                                                           United States Attorney

                                                                            /s/
                                                                           MARISSA HARRIS
                                                                           Assistant United States Attorney

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No: CR 18-00312 EJD |
|---|---|
|     Plaintiff, | ) |
| | ) [PROPOSED] ORDER GRANTING STAY OF |
| v. | ) MAGISTRATE ORDER REMOVING LOCATION |
| | ) MONITORING AS A CONDITION OF RELEASE |
| XIAOLANG ZHANG, | ) |
|     Defendant. | ) |

For good cause shown, the United States' application for a stay of Magistrate Judge Virginia DeMarchi's Order removing location monitoring as a condition of release in the above-entitled case is GRANTED. Said Order is STAYED pending resolution of the government's petition for revocation of the Order before this Court. It is further ORDERED that defendant Xiaolang Zhang is to remain on location monitoring until further order of this Court.

The Court sets the following briefing and hearing dates for government's petition:

Government's Motion: October 29, 2019

Defense Opposition: November 12, 2019

Hearing: November 25, 2019

///

4

SO ORDERED.

DATED:

HON. EDWARD J. DAVILA
United States District Judge