UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XIAOLANG ZHANG,<br>Defendant. | Case No. 18-cr-00312-EJD-1   (VKD)<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Defendant Xiaolang Zhang appeared before the Court for a hearing on October 15, 2019 to consider Pretrial Services' recommendation that the Court modify the conditions of Mr. Zhang's pretrial release to remove the location monitoring and curfew conditions. The United States does not object to removal of the curfew condition, but does object to removal of the location monitoring condition. The United States represented that the corporation that is the alleged crime victim in this case had been advised of the proceedings and of its rights under 18 U.S.C. § 3771, but that the corporation did not wish to address the Court on the matter.

Qianqian Shi, Mr. Zhang's wife, is a surety on the $300,000 secured bond that secures Mr. Zhang's release. She was not present at the October 15, 2019 hearing, but has since filed a declaration stating she has no objection to the recommended modifications of the terms of Mr. Zhang's pretrial release. Dkt. No. 29.

For the reasons stated on the record during the October 15, 2019 hearing, the Court adopts Pretrial Services' recommendation and hereby modifies the conditions of Mr. Zhang's pretrial release to remove the location monitoring and curfew conditions. All other conditions remain.

The United States has indicated that it may seek review of this order by the presiding judge. Accordingly, the Court stays this order until **October 17, 2019 at 4:00 p.m.** to permit the

United States an opportunity to seek review.

**IT IS SO ORDERED.**

Dated: October 16, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge