DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>XIAOLANG ZHANG,<br>    Defendant. | No: CR 18-00312 EJD<br><br>MODIFIED <s>[PROPOSED]</s> ORDER GRANTING STAY OF MAGISTRATE ORDER REMOVING LOCATION MONITORING AS A CONDITION OF RELEASE |

For good cause shown, the United States' application for a stay of Magistrate Judge Virginia DeMarchi's Order removing location monitoring as a condition of release in the above-entitled case is GRANTED.  Said Order is STAYED pending resolution of the government's petition for revocation of the Order before this Court.  It is further ORDERED that defendant Xiaolang Zhang is to remain on location monitoring until further order of this Court.

The Court sets the following briefing and hearing dates for government's petition:

Government's Motion: October 29, 2019

Defense Opposition: November 12, 2019

Hearing: December 2, 2019 at 1:30 pm

///

1  SO ORDERED.

2  DATED: 10/16/2019

_____
HON. EDWARD J. DAVILA
United States District Judge