UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 9, 2019   **Time:** 2:05-2:45 pm   **Judge:** Edward J. Davila
**Total Time:** 40 Mins.

**Case No.:** 18-cr-00312-EJD-1   **Case Name:** UNITED STATES v. Xiaolang Zhang(P)(NC)(I)

**Attorney for Plaintiff:** Marissa Harris
**Attorney for Defendant:** Daniel Olmos

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Summer Fisher

**Interpreter:** Marilyn Luong (Mandarin)   **Probation Officer:** N/A

### PROCEEDINGS – MOTION HEARING/STATUS CONFERENCE

Defendant is present and out of custody, assisted by the Mandarin language interpreter.  Hearing held.  The Court heard oral argument as to Government's Motion to Revoke *Order Removing Location Monitoring* (Dkt. 33 filed 10/29/2019).  The Court took the matter under submission.
Counsel requested the Court set a status conference for 2/20/2020.  The Government to provide additional discovery to the defense.  The Court set the matter for status conference for 2/20/2020 at 1:30 pm (Special Set).
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time from 12/9/2019 through and including 2/20/2020. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: February 20, 2020 2:00 P.M. for Further Status hearing.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel
Begins – 12/9/2019
Ends – 2/20/2020

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter