UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
***AMENDED***
**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** December 9, 2019 | **Time:** 2:05-2:45 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 40 Mins. | |
| **Case No.**: 18-cr-00312-EJD-1 | **Case Name:** UNITED STATES v. Xiaolang Zhang(P)(NC)(I) | |

**Attorney for Plaintiff:** Marissa Harris
**Attorney for Defendant:** Daniel Olmos

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Summer Fisher |
| **Interpreter:** Marilyn Luong (Mandarin) | **Pretrial Officer:** Kim Do |

### PROCEEDINGS – MOTION HEARING/STATUS CONFERENCE

Defendant is present and out of custody, assisted by the Mandarin language interpreter.  Hearing held.  The Court heard oral argument as to Government's Motion to Revoke *Order Removing Location Monitoring* (Dkt. 33 filed 10/29/2019).  The Court took the matter under submission.
Counsel requested the Court set a status conference for 2/20/2020.  The Government to provide additional discovery to the defense.  The Court set the matter for status conference for 2/20/2020 at 1:30 pm (Special Set).
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time from 12/9/2019 through and including 2/20/2020. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: February 20, 2020 2:00 P.M. for Further Status hearing.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel
Begins – 12/9/2019
Ends – 2/20/2020

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter