UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 20, 2020 | **Time:** 2:02-2:06 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 4 Mins. | |
| **Case No.:** 18-cr-00312-EJD-1 | **Case Name:** UNITED STATES v. Xiaolang Zhang(P)(NC)(I) | |

**Attorney for Plaintiff:** Marissa Harris
**Attorney for Defendant:** Daniel Olmos

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** Connie Chen (Mandarin) | **Probation Officer:** N/A |

### PROCEEDINGS – STATUS CONFERENCE

Defendant is present, out of custody and assisted by the Mandarin language interpreter. Hearing held. Counsel updated the Court as to the status of the matter. Government provided defense with production of discovery in January 2020. The Government will produce additional discovery in 2 weeks. Counsel requested the matter be continued to allow time for Defendant to review discovery. The Court granted the request. The Court set a Further Status Conference for 4/20/2020 at 1:30 pm.
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 2/20/2020 through and including 4/20/2020. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO:** April 20, 2020 1:30 P.M. for Further Status Conference.

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel
Begins – 2/20/2020
Ends – 4/20/2020

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: