1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA  94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Xiaolang Zhang
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION
10
11 UNITED STATES,                          Case No. 5:18-cr-00312 EJD
12              Plaintiff,
13     vs.                                 **STIPULATION AND [PROPOSED] ORDER
                                           TO CONTINUE STATUS CONFERENCE**
14 XIAOLANG ZHANG,
15              Defendant.
16
17
18        IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant
19 United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel
20 Olmos, that the status hearing in this matter be continued from August 31, 2020, to November 9,
21 2020.
22        This is a complex case with voluminous discovery, and the government has informed defense
23 counsel that it will be providing additional discovery in the coming weeks.  Further, the stay-at-
24 home orders governing California and the Bay Area counties, General Order 72-2, and other
25 circumstances driven by the COVID-19 global health crisis have prevented defense counsel for the
26
27 past six months from meeting in person with his client or with potential witnesses and experts.  The
28

                                                                                    1

1   stay-at-home orders have also prevented defense counsel from conducting any meaningful defense

2   investigation.

3       The parties agree that the time between August 31, 2020, and November 9, 2020, should be

4
5   excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of

6   justice in allowing for the effective preparation of the defense outweigh the best interest of the public

7   and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§

8   3161(h)(7)(A) and (B)(iv).

9       For the foregoing reasons, the parties stipulate to continue the status conference to November

10  9, 2020.

11      IT IS SO STIPULATED

12

13  Dated:  August 26, 2020                NOLAN BARTON & OLMOS LLP

14                                          /S/ *Daniel B. Olmos*
                                           _____
15                                         Daniel B. Olmos

16                                         Attorney for Defendant Xiaolang Zhang

17

18
    Dated:  August 26, 2020                David L. Anderson, United States Attorney
19
                                            /S/ *Marissa Harris*
20                                         _____
                                           By:  Marissa Harris
21
                                           Assistant United States Attorney
22

23

24

25

26

27

28

1

2

3                    **UNITED STATES DISTRICT COURT**

4              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5                          **SAN JOSE DIVISION**

6

7

8    UNITED STATES,                        Case No. 5:18-cr-00312 EJD

9                    Plaintiff,

10            v.                           **[PROPOSED] ORDER TO CONTINUE
                                           STATUS CONFERENCE**

11

12   XIAOLANG ZHANG,

13                    Defendant.

14

15

16        GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently

17   scheduled for August 31, 2020, be continued to November 9, 2020, at 1:30 p.m.  Based upon the

18   representation of counsel and for good cause shown, the Court also finds that the time between

19   August 31 and November 9, 2020, shall be excluded from calculations under the Speedy Trial Act.

20   The interests of justice in allowing for the effective preparation of the defense and continuity of

21   counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into

22   account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

23

24   Dated:                          _____

25                                   The Hon. Edward J. Davila
                                     United States District Judge
26

27

28

3