Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>XIAOLANG ZHANG,<br><br>　　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing in this matter be continued from August 31, 2020, to November 9, 2020.

　　　This is a complex case with voluminous discovery, and the government has informed defense counsel that it will be providing additional discovery in the coming weeks. Further, the stay-at-home orders governing California and the Bay Area counties, General Order 72-2, and other circumstances driven by the COVID-19 global health crisis have prevented defense counsel for the past six months from meeting in person with his client or with potential witnesses and experts. The

stay-at-home orders have also prevented defense counsel from conducting any meaningful defense investigation.

The parties agree that the time between August 31, 2020, and November 9, 2020, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the foregoing reasons, the parties stipulate to continue the status conference to November 9, 2020.

IT IS SO STIPULATED

Dated: August 26, 2020     NOLAN BARTON & OLMOS LLP

/S/ *Daniel B. Olmos*
Daniel B. Olmos

Attorney for Defendant Xiaolang Zhang

Dated: August 26, 2020     David L. Anderson, United States Attorney

/S/ *Marissa Harris*
By: Marissa Harris

Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, | Case No. 5:18-cr-00312 EJD |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| XIAOLANG ZHANG, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for August 31, 2020, be continued to November 9, 2020, at 1:30 p.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between August 31 and November 9, 2020, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:  8/26/2020

The Hon. Edward J. Davila
United States District Judge

3