1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA  94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Xiaolang Zhang
6
7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                         **SAN JOSE DIVISION**
10
11  UNITED STATES,                          Case No. 5:18-cr-00312 EJD
12                 Plaintiff,
13       vs.                                **STIPULATION AND [PROPOSED] ORDER
                                            TO CONTINUE STATUS CONFERENCE**
14  XIAOLANG ZHANG,
15                 Defendant.
16
17
18       IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant

19  United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel

20  Olmos, that the status hearing in this matter be continued from November 9, 2020, to January 25,

21  2021.

22       This is a complex case with voluminous discovery, and the government has just recently

23  produced additional discovery which the defense needs additional time to review.  Further, the stay-

24  at-home orders governing California and the Bay Area counties, General Order 72-2, and other

25  circumstances driven by the COVID-19 global health crisis have prevented defense counsel for the

26
27  past seven months from meeting in person with his client or with potential witnesses and experts.

28

                                                                                          1

1

2

The stay-at-home orders have also prevented defense counsel from conducting any meaningful

defense investigation.

3

4

The parties agree that the time between November 9, 2020, and January 25, 2021, should be

5

excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of

6

justice in allowing for the effective preparation of the defense outweigh the best interest of the public

7

and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§

8

3161(h)(7)(A) and (B)(iv).

9

For the foregoing reasons, the parties stipulate to continue the status conference to January

10

25, 2021.

11

IT IS SO STIPULATED

12

13

Dated: October 29, 2020

NOLAN BARTON & OLMOS LLP

14

 /S/ *Daniel B. Olmos*

Daniel B. Olmos

15

16

Attorney for Defendant Xiaolang Zhang

17

18

19

Dated: October 29, 2020

David L. Anderson, United States Attorney

20

 /S/ *Marissa Harris*

By:  Marissa Harris

21

Assistant United States Attorney

22

23

24

25

26

27

28

2

1

2

3                **UNITED STATES DISTRICT COURT**

4          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5                        **SAN JOSE DIVISION**

6

7

8    UNITED STATES,                          Case No. 5:18-cr-00312 EJD

9                     Plaintiff,

10           v.                              **[PROPOSED] ORDER TO CONTINUE
                                             STATUS CONFERENCE**

11

12   XIAOLANG ZHANG,

13                     Defendant.

14

15

16        GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently

17   scheduled for November 9, 2020, be continued to January 25, 2021, at 1:30 p.m.  Based upon the

18   representation of counsel and for good cause shown, the Court also finds that the time between

19   November 9, 2020, to January 25, 2021, shall be excluded from calculations under the Speedy Trial

20   Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of

21   counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into

22   account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

23

24

25   Dated:                          _____

26                                   The Hon. Edward J. Davila
                                     United States District Judge

27

28

3