# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> XIAOLANG ZHANG, <br><br> Defendant. | Case No. 5:18-cr-00312 EJD <br><br> [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for November 9, 2020, be continued to January 25, 2021, at 1:30 p.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between November 9, 2020, to January 25, 2021, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: October 30, 2020

_____
The Hon. Edward J. Davila
United States District Judge

3