Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, | Case No. 5:18-cr-00312 EJD |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing in this matter be continued from January 25, 2021, to March 15, 2021.

This is a complex case with voluminous discovery, and the government has recently produced additional discovery which the defense needs additional time to review.  Further, the stay-at-home orders governing California and the Bay Area counties, General Order 72-2, and other circumstances driven by the COVID-19 global health crisis have prevented defense counsel for the past ten months from meeting in person with his client or with potential witnesses and experts.  The

stay-at-home orders have also prevented defense counsel from conducting any meaningful defense investigation.

The parties agree that the time between January 25, 2021, and March 15, 2021, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the foregoing reasons, the parties stipulate to continue the status conference to March 15, 2021.

IT IS SO STIPULATED

Dated: January 11, 2021                         NOLAN BARTON & OLMOS LLP

  /S/ *Daniel B. Olmos*
Daniel B. Olmos

Attorney for Defendant Xiaolang Zhang


Dated: January 11, 2021                         David L. Anderson, United States Attorney

  /S/ *Marissa Harris*
By:  Marissa Harris

Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>        v.<br><br>XIAOLANG ZHANG,<br><br>                Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for January 25, 2021, be continued to March 15, 2021, at 1:30 p.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between January 25, 2021, and March 15, 2021, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: _____

                                                                The Hon. Edward J. Davila
                                                                United States District Judge

3