UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 17, 2021     **Time:** 4:10-4:13 PM     **Judge:** Edward J. Davila
**Total Time:** 3 Mins.

**Case No.**: 18-cr-00312-EJD-1     **Case Name:** UNITED STATES v. Xiaolang Zhang(P)(NC)(I)

**Attorney for Plaintiff:** Marissa Harris
**Attorney for Defendant:** Daniel Olmos

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** JoAnn Bryce

**Interpreter:** Shan Tsen (Mandarin)     **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE
### Via Zoom Webinar Remotely due to COVID19

Defendant is present, out of custody, assisted by the Mandarin language interpreter and consents to the proceeding being held via video. Hearing held.

The parties updated the Court as to the status of the matter that the parties are in constant discussions for possible resolution of the matter. A factual basis has been provided to the defendant and is being reviewed by the defendant. Counsel requests the matter be continued and the Court grants the request. The Court ordered Further Status Conference set for 6/28/2021.

Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 5/17/2021 through and including 6/28/2021. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: June 28, 2021 1:30 P.M. for Further Status Conference.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure,
*Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*,
the government has a continuing obligation to produce all information or evidence known
to the government that is relevant to the guilt or punishment of a defendant, including,
but not limited to, exculpatory evidence.

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel.
Begins – 5/17/2021
Ends – 6/28/2021

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**