1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA  94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4  dolmos@nbo.law

5  Counsel for Defendant
   Xiaolang Zhang
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12  UNITED STATES,                          Case No. 5:18-cr-00312 EJD

13                  Plaintiff,

14       vs.                                **STIPULATION AND [PROPOSED] ORDER
                                             TO CONTINUE STATUS CONFERENCE**
15  XIAOLANG ZHANG,

16                  Defendant.

17

18       IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant

19  United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel

20  Olmos, that the status hearing in this matter be continued from June 28, 2021, to August 23, 2021.

21       This is a complex case with voluminous discovery, and the government has recently

22  produced additional discovery which the defense needs additional time to review.  When the parties

23  were present at the previous status conference on May 17, 2021, they informed the Court that the

24  Government intended to produce additional material to the defense.  The government has done so,

25  and the defense needs additional time to review it.

26       The parties agree that the time between June 28, 2021, and August 23, 2021, should be

27  excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of

28

                                                                                              1

justice in allowing for the effective preparation of the defense outweigh the best interest of the public

and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

For the foregoing reasons, the parties stipulate to continue the status conference to August

23, 2021.

IT IS SO STIPULATED

Dated: June 17, 2021                                NOLAN BARTON & OLMOS LLP

 /S/ *Daniel B. Olmos*
Daniel B. Olmos

Attorney for Defendant Xiaolang Zhang

Dated: June 17, 2021                                Stephanie Hinds, Acting United States Attorney

 /S/ *Marissa Harris*
By:  Marissa Harris

Assistant United States Attorney

2

1

2

3                    **UNITED STATES DISTRICT COURT**

4                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5                         **SAN JOSE DIVISION**

6

7

UNITED STATES,                          | Case No. 5:18-cr-00312 EJD

8

9              Plaintiff,

10        v.                                **[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

11

XIAOLANG ZHANG,

12

13              Defendant.

14

15

16        GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently

17  scheduled for June 28, 2021, be continued to August 23, 2021, at 1:30 p.m.  Based upon the

18  representation of counsel and for good cause shown, the Court also finds that the time between June

19  28, 2021, and August 23, 2021, shall be excluded from calculations under the Speedy Trial Act.  The

20  interests of justice in allowing for the effective preparation of the defense and continuity of counsel

21  outweigh the best interest of the public and the defendant in a speedy trial, taking into account the

22  exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

23

24

Dated: _____        _____

25                                       The Hon. Edward J. Davila
                                         United States District Judge
26

27

28

3