STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  XIAOLANG ZHANG,  Defendant. | NO. 18-CR-00312-EJD  STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant XIAOLANG ZHANG, by and through undersigned counsel, that the status conference now scheduled for August 23, 2021 be continued to November 8, 2021, at 1:30 p.m.  The reason for the stipulated continuance is so that defense counsel may continue to prepare, including by meeting and conferring with the government and the defendant regarding produced discovery and potential resolutions of the case.  Additionally, the parties request the continuance for continuity of both government and defense counsel.  Government counsel just finished a criminal jury trial on August 12, 2021 and will be engaged in preparing and litigating another criminal jury trial starting in September 2021.  Defense counsel is currently engaged in a criminal jury trial for the next several weeks.

1     Further, the parties hereby stipulate that the time period from August 23, 2021 to November 8,
2  2021 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)
3  to further the interest of justice, and to promote the continuity and effective preparation of counsel,
4  taking into account the exercise of due diligence.  Failure to grant the continuance would deny the
5  government and the defendant continuity of counsel and deny counsel reasonable time necessary for
6  effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §§ 3161(h)(7)(A)
7  and (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time
8  from August 23, 2021 to November 8, 2021, from computation under the Speedy Trial Act outweigh the
9  best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

     The undersigned Assistant United States Attorney certifies that they have obtained approval from
counsel for the defendant to file this stipulation and proposed order.

     IT IS SO STIPULATED.

                                         STEPHANIE M. HINDS
                                         Acting United States Attorney

DATED:  August 16, 2021                         /s/
                                         MARISSA HARRIS
                                         Assistant United States Attorney


DATED:  August 16, 2021                         /s/
                                         DANIEL B. OLMOS
                                         Counsel for Defendant ZHANG

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18-CR-00312 EJD                                                          v. 7/10/2018

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for August 23, 2021, is continued to November 8, 2021, at 1:30 p.m.  Further, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from August 23, 2021 to November 8, 2021, and that failing to grant the continuance would unreasonably deny government counsel, defense counsel, and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to November 8, 2021, and that the time from August 23, 2021 to November 8, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge