1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   MARISSA HARRIS (NYBN 4763025)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5066
8     marissa.harris@usdoj.gov

9  Attorneys for United States of America

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,           )  NO. 18-CR-00312-EJD
                                       )
14      Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
                                       )  CONTINUING STATUS CONFERENCE
15   v.                                )
                                       )
16                                     )
   XIAOLANG ZHANG,                     )
17                                     )
        Defendant.                     )
18                                     )

19

20      IT IS HEREBY STIPULATED AND AGREED between the United States and defendant

21 XIAOLANG ZHANG, by and through undersigned counsel, that the status conference now scheduled

22 for August 23, 2021 be continued to November 8, 2021, at 1:30 p.m.  The reason for the stipulated

23 continuance is so that defense counsel may continue to prepare, including by meeting and conferring

24 with the government and the defendant regarding produced discovery and potential resolutions of the

25 case.  Additionally, the parties request the continuance for continuity of both government and defense

26 counsel.  Government counsel just finished a criminal jury trial on August 12, 2021 and will be engaged

27 in preparing and litigating another criminal jury trial starting in September 2021.  Defense counsel is

28 currently engaged in a criminal jury trial for the next several weeks.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18-CR-00312 EJD                                                               v. 7/10/2018

1  Further, the parties hereby stipulate that the time period from August 23, 2021 to November 8, 2021 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to further the interest of justice, and to promote the continuity and effective preparation of counsel, taking into account the exercise of due diligence.  Failure to grant the continuance would deny the government and the defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from August 23, 2021 to November 8, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

STEPHANIE M. HINDS
Acting United States Attorney

DATED:  August 16, 2021            /s/
                                   MARISSA HARRIS
                                   Assistant United States Attorney


DATED:  August 16, 2021            /s/
                                   DANIEL B. OLMOS
                                   Counsel for Defendant ZHANG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the status conference now scheduled for August 23, 2021, is continued to November 8, 2021, at 1:30 p.m.  Further, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and excludes time from August 23, 2021 to November 8, 2021, and that failing to grant the continuance would unreasonably deny government counsel, defense counsel, and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued to November 8, 2021, and that the time from August 23, 2021 to November 8, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 8/18/2021

HON. EDWARD J. DAVILA
United States District Judge