Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>XIAOLANG ZHANG,<br><br>                    Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing in this matter be continued from January 31, 2022, to March 28, 2022, at 1:30 p.m.

This is a complex case with voluminous discovery, and the defense needs additional time to review discovery and conduct defense investigation.  When the parties were present at the previous status conference on May 17, 2021, they informed the Court that the Government intended to produce additional material to the defense.  The government has done so, the defense has reviewed it, and the defense has informed the government that it intends to provide additional responsive discovery to the government in the coming weeks.

1

The parties agree that the time between January 31, 2022, and March 28, 2022, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the foregoing reasons, the parties stipulate to continue the status conference to March 28, 2022, at 1:30 p.m.

IT IS SO STIPULATED

Dated: January 26, 2022                                 NOLAN BARTON & OLMOS LLP

                                                                            /S/ *Daniel B. Olmos*
                                                                            Daniel B. Olmos

                                                                            Attorney for Defendant Xiaolang Zhang


Dated: January 26, 2022                                 Stephanie Hinds, United States Attorney

                                                                            /S/ *Marissa Harris*
                                                                            By:  Marissa Harris

                                                                            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>XIAOLANG ZHANG,<br><br>    Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for January 31, 2022, be continued to March 28, 2022, at 1:30 p.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between January 31, 2022, and March 28, 2022, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: January 27, 2022

_____
The Hon. Edward J. Davila
United States District Judge

3