Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>XIAOLANG ZHANG,<br><br>                    Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CURFEW REQUIREMENT** |

    IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant Xiaolang Zhang, through undersigned counsel, that Defendant Zhang's curfew shall be modified to permit Mr. Xiang to leave his home to attend to the medical needs of his wife and newborn child at any hour such medical needs may arise.

    In 2018, Mr. Zhang was initially given a curfew of 9:00 p.m. to 8:00 a.m. Monday through Friday, and from 9:00 p.m. to 11:00 a.m. on Saturday and Sunday. Over the past four years, this has been expanded by Pretrial Services several times to allow Mr. Zhang more time to be away from his house.

    There have been no incidents of lack of compliance by Mr. Zhang regarding any of the conditions of his release.  Moreover, Mr. Zhang's wife is due to give birth in late May or early June. However, there have been some medical complications and there is some likelihood that, in the coming weeks, Mr. Zhang may be required to leave his house to take his wife for medical care during curfew hours.  The parties hereby stipulate that the curfew requirement shall be modified to permit Mr. Zhang to

1

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Release Conditions to Remove Curfew Requirement

leave his home for the purpose of attending to the medical care of his wife and newborn baby at any hour.  Mr. Zhang's good conduct and compliance with all conditions of his release warrant the removal of a curfew requirement for these purposes.

      Pretrial Services has no objection to this modification of Defendant Zhang's pretrial release conditions, provided that Mr. Zhang notify Pretrial Services before he needs to leave his residence during curfew hours.

      IT IS SO STIPULATED.

Dated:  March 29, 2022

NOLAN BARTON & OLMOS, LLP

 /S/ *Daniel B. Olmos*
Daniel B. Olmos

Attorney for Defendant Xiaolang Zhang

Dated:  March 29, 2022

Stephanie Hinds, United States Attorney

 /S/ *Marissa Harris*
By:  Marissa Harris

Assistant United States Attorney

2

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Release Conditions to Remove Curfew Requirement

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>          v.<br><br>XIAOLANG ZHANG,<br><br>                    Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO MODIFY CURFEW REQUIREMENT** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the curfew requirement, a condition of Defendant Zhang's release, shall be modified to permit him to leave his home to attend to the medical needs of himself or his family members at any hour.  Mr. Zhang shall notify Pretrial Services prior to leaving his house during curfew hours.  All other conditions of release, including the GPS monitoring, shall remain the same.


Dated: _____          _____
                                        The Hon. Nathanael Cousins
                                        United States Magistrate Judge

3

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Release Conditions to Remove Curfew Requirement