Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>     vs.<br><br>XIAOLANG ZHANG,<br><br>             Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

   IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing in this matter be continued from May 9, 2022, to June 13, 2022, at 1:30 p.m.

   This is a complex case with voluminous discovery, and the defense needs additional time to review discovery and conduct defense investigation.  Further, the defense has recently produced information to the government.  Based upon the recent exchange of discovery, the parties are hopeful that the case will resolve, and will work diligently to reach a plea agreement ahead of the June 13, 2022, status conference.

The parties agree that the time between May 9, 2022, and June 13, 2022, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the foregoing reasons, the parties stipulate to continue the status conference to June 13, 2022, at 1:30 p.m.

IT IS SO STIPULATED

Dated: May 2, 2022

NOLAN BARTON & OLMOS, LLP

 /S/ *Daniel B. Olmos*
Daniel B. Olmos

Attorney for Defendant Xiaolang Zhang

Dated: May 2, 2022

Stephanie Hinds, United States Attorney

 /S/ *Marissa Harris*
By:  Marissa Harris

Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XIAOLANG ZHANG,<br><br>　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for May 9, 2022, be continued to June 13, 2022, at 1:30 p.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between May 9, 2022, and June 13, 2022, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:   May 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge