Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>  vs.<br><br>XIAOLANG ZHANG,<br><br>            Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

      IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing in this matter be continued from June 13, 2022, to August 22, 2022, at 1:30 p.m. The parties anticipate that Mr. Zhang will change his plea on that date.

      This is a complex case with voluminous discovery, and the defense needs additional time to review discovery and conduct defense investigation. Further, the parties have recently exchanged information which they believe will result in a resolution of the case. The parties will work diligently to finalize a plea agreement ahead of the August 22, 2022, status conference.

      The parties agree that the time between June 13, 2022, and August 22, 2022, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public

1 | and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§
2 | 3161(h)(7)(A) and (B)(iv).

3 |     For the foregoing reasons, the parties stipulate to continue the status conference to August
4 | 22, 2022, at 1:30 p.m.

6 | IT IS SO STIPULATED

7 | Dated: June 9, 2022

NOLAN BARTON & OLMOS LLP

 /S/ *Daniel B. Olmos*
Daniel B. Olmos

Attorney for Defendant Xiaolang Zhang

Dated: June 9, 2022

Stephanie Hinds, United States Attorney

 /S/ *Marissa Harris*
By:  Marissa Harris

Assistant United States Attorney

---

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Continue Status Conference

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>XIAOLANG ZHANG,<br><br>        Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for June 13, 2022, be continued to August 22, 2022, at 1:30 p.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between June 13, 2022, and August 22, 2022, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: _____

                                              The Hon. Edward J. Davila
                                              United States District Judge