UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** August 22, 2022 | **Time:** 2:32-3:02 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 30 min | |
| **Case No.:** 5:18-cr-00312 EJD | **Case Name:** *United States v. Xiaolang Zhang* | |

**Attorney for Plaintiff:** Marissa Harris

**Attorney for Defendant:** Daniel Olmos

| | |
|---|---|
| **Deputy Clerk:** Cheré Robinson | **Court Reporter:** Irene Rodriguez |

### PROCEEDINGS – CHANGE OF PLEA

Defendant present and not in custody. Hearing held.

The Court is in receipt of a signed plea agreement.

Defendant sworn.

Defendant pleads guilty to Count One of the captioned Indictment 18 U.S.C. 1832(a)(1) (ECF No. 5, filed July 12, 2018).

The Court accepts Defendant's plea and orders the plea to be recorded.

The Court defers referral to Probation and set a status conference re sentencing for November 14, 2022.

**CASE CONTINUED TO: November 14, 2022, at 1:30 PM for Status Conference re Sentencing**

The Court further orders the signed Plea Agreement to be filed under seal.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: