Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>XIAOLANG ZHANG,<br><br>　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

　　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing regarding sentencing be continued from November 14, 2022, to February 6, 2023.

　　　　On August 22, 2022, Mr. Zhang pled guilty to Count One of the Indictment.  The plea agreement was sealed.  The Court set a status hearing regarding sentencing for November 14, 2022. The parties hereby stipulate and request that the status hearing regarding sentencing be continued to February 6, 2023.

//

//

1    IT IS SO STIPULATED.

Dated: November 9, 2022                 NOLAN BARTON & OLMOS, LLP

                                         /S/ *Daniel B. Olmos*
                                        Daniel B. Olmos

                                        Attorney for Defendant Xiaolang Zhang


Dated: November 9, 2022                 Stephanie Hinds, United States Attorney

                                         /S/ *Marissa Harris*
                                        By:  Marissa Harris

                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XIAOLANG ZHANG,<br><br>　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

　　GOOD CAUSE APPEARING, it is hereby ordered that the status conference regarding sentencing currently scheduled for November 14, 2022, be continued to February 6, 2023, at 1:30 p.m.

Dated: _____

　　　　　　　　　　　　　　　The Hon. Edward J. Davila
　　　　　　　　　　　　　　　United States District Judge