Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    vs.<br><br>XIAOLANG ZHANG,<br><br>            Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE RE: SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Ismail J. Ramsey, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the status hearing regarding sentencing be continued from April 17, 2023, to July 24, 2023.

On August 22, 2022, Mr. Zhang pled guilty to Count One of the Indictment.  The plea agreement was sealed.  The Court set a status hearing regarding sentencing for November 14, 2022, which the parties then stipulated to continue to February 6, 2023, and then again to April 17, 2023. The parties now hereby stipulate and request that the status hearing regarding sentencing be continued to July 24, 2023.

//

IT IS SO STIPULATED.

Dated:  April 11, 2023                      NOLAN BARTON OLMOS & LUCIANO, LLP

                                             /S/ *Daniel B. Olmos*
                                            Daniel B. Olmos

                                            Attorney for Defendant Xiaolang Zhang


Dated:  April 11, 2023                      Stephanie Hinds, United States Attorney

                                             /S/ *Ismail J. Ramsey*
                                            By:  Ismail J. Ramsey

                                            Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>          v.<br><br>XIAOLANG ZHANG,<br><br>                    Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference regarding sentencing currently scheduled for April 17, 2023, be continued to July 24, 2023, at 1:30 p.m.

Dated: _____

_____
The Hon. Edward J. Davila
United States District Judge