# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>   v.<br><br>XIAOLANG ZHANG,<br><br>            Defendant. | Case No. 5:18-cr-00312 EJD<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference regarding sentencing currently scheduled for April 17, 2023, be continued to July 24, 2023, at 1:30 p.m.

Dated: April 12, 2023

_____
The Hon. Edward J. Davila
United States District Judge

---

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
~~Stipulation and [Proposed]~~ Order to Continue Status Conference