1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  MARISSA HARRIS (NYBN 4763025)
   Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      marissa.harris@usdoj.gov

9  Attorneys for United States of America

                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )   NO. 18-CR-00312-EJD
                                    )
14      Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER TO
                                    )   SET SENTENCING HEARING
15   v.                             )
                                    )
16                                  )
                                    )
17 XIAOLANG ZHANG,                  )
                                    )
18      Defendant.                  )
                                    )

19

20      IT IS HEREBY STIPULATED AND AGREED between the United States and defendant

21 XIAOLANG ZHANG, by and through undersigned counsel, that the sentencing status conference now

22 scheduled for July 24, 2023 be continued to October 30, 2023, at 1:30 p.m. for a sentencing hearing.

23      On August 22, 2022, the defendant pled guilty to Count One of the Indictment.  The plea

24 agreement was sealed.  The case is now ready to proceed to sentencing.  The parties contacted the

25 Court's deputy and learned that October 30, 2023 is available.  Accordingly, the parties now jointly

26 request that the Court set a sentencing hearing in this matter on October 30, 2023, at 1:30 p.m.

27      The undersigned Assistant United States Attorney certifies that she has obtained approval from

28 counsel for the defendant to file this stipulation and proposed order.

STIP. TO SET SENTENCING HEARING AND [PROPOSED] ORDER
Case No. 18-CR-00312 EJD                                              v. 7/10/2018

1     IT IS SO STIPULATED.

2                                         ISMAIL J. RAMSEY
United States Attorney

4 DATED: July 19, 2023                    /s/
MARISSA HARRIS
Assistant United States Attorney

7 DATED: July 19, 2023                    /s/
DANIEL B. OLMOS
Counsel for Defendant ZHANG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the sentencing status conference now scheduled for July 24, 2023, is continued to October 30, 2023, at 1:30 p.m. for a sentencing hearing.

IT IS SO ORDERED.

DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge