ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18-CR-00312-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING HEARING |
| v. | **\* AS MODIFIED \*** |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant XIAOLANG ZHANG, by and through undersigned counsel, that the sentencing status conference now scheduled for July 24, 2023 be continued to October 30, 2023, at 1:30 p.m. for a sentencing hearing.

On August 22, 2022, the defendant pled guilty to Count One of the Indictment. The plea agreement was sealed. The case is now ready to proceed to sentencing. The parties contacted the Court's deputy and learned that October 30, 2023 is available. Accordingly, the parties now jointly request that the Court set a sentencing hearing in this matter on October 30, 2023, at 1:30 p.m.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIP. TO SET SENTENCING HEARING AND [PROPOSED] ORDER
Case No. 18-CR-00312 EJD          v. 7/10/2018

1     IT IS SO STIPULATED.

2                             ISMAIL J. RAMSEY
United States Attorney

3

4 DATED: July 19, 2023                 /s/
MARISSA HARRIS
5                             Assistant United States Attorney

6

7 DATED: July 19, 2023                 /s/
DANIEL B. OLMOS
8                             Counsel for Defendant ZHANG

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the sentencing status conference now scheduled for July 24, 2023, is continued to October 30, 2023, at 1:30 p.m. for a sentencing hearing.   The Court refers the matter to the Probation Department for preparation of the presentence report.

IT IS SO ORDERED.

DATED:   July 20, 2023

_____
HON. EDWARD J. DAVILA
United States District Judge