**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Virginia K. DeMarchi<br>U.S. Magistrate Judge | **RE:** | Xiaolang Zhang |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 0971 5:18CR00312 |
| **Date:** | 8/8/23 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                                                          (408) 535-5224

U.S. Pretrial Services Officer                                                      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    A.    The defendant shall reside with his brother, Xiaoqiang Zhang, at 4420 Albany Drive in San Jose, CA.

    B.    The defendant is excluded from traveling to his wife's residence at 1489 Lee Place in San Jose, CA without prior approval from his wife, Quan Quan Shi, and prior approval from Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*Virginia K. DeMarchi*                                                       August 8, 2023
**JUDICIAL OFFICER**                                                      **DATE**