Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>       vs.<br><br>XIAOLANG ZHANG,<br><br>                Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant Xiaolang Zhang, through undersigned counsel, that Defendant Zhang's conditions of release be modified to allow him to move back to his residence in San Jose, California, and live with his wife and their children.

On August 8, 2023, Mr. Zhang's pretrial release conditions were modified due to an incident which occurred on August 2, 2023. The modification required him to live with his brother and to not travel to his residence without his wife's approval. Mr. Zhang has been permitted to contact his wife and visit with her and their children.

There have been no incidents since August 2, 2023, and it is now Mr. Zhang's wife's desire that he move back into the family home.

///

///

1

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Pretrial Release Conditions

The parties hereby stipulate that release conditions be modified to allow Mr. Zhang to move back to the residence he shares with his family. Mr. Zhang's conduct and compliance with all conditions of his release warrant the modification for this purpose.

Pretrial Services has no objection to this modification of Defendant Zhang's pretrial release conditions. Undersigned counsel for the Government independently consulted with Ms. Qianqian Shi, Mr. Zhang's wife, and has no objection to Mr. Zhang's return to the residence based on that conversation.

IT IS SO STIPULATED.

Dated: September 25, 2023    NOLAN BARTON OLMOS & LUCIANO, LLP

/S/ *Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Xiaolang Zhang

Dated: September 25, 2023    ISMAIL J. RAMSEY, United States Attorney

/S/ *Marissa Harris*
By: Marissa Harris
Assistant United States Attorney

2

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Pretrial Release Conditions

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      v.<br><br>XIAOLANG ZHANG,<br><br>            Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the requirement that defendant reside with his brother, a condition of Defendant Zhang's release, shall be modified to allow him to move back to his residence and live with his wife and children. Defendant is hereby allowed to reside with his family in their residence in San Jose, California. All other conditions of release, including the GPS monitoring, shall remain the same.

Dated: _____

_____
The Hon. Virginia K. DeMarchi
United States Magistrate Judge

3

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Pretrial Release Conditions