Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, California 94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Xiaolang Zhang

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>  vs.<br><br>XIAOLANG ZHANG,<br><br>               Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Xiaolang Zhang, through his attorney Daniel Olmos, that the sentencing hearing now scheduled for October 30, 2023, be continued to December 18, 2023, at 1:30 p.m. The Probation Officer assigned to the case has requested a continuance in order to accommodate scheduling interviews for the Presentence Report, and the parties agree that a continuance is necessary for this purpose.

//

//

//

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to December 18, 2023, at 1:30 p.m.

IT IS SO STIPULATED.


Dated: September 26, 2023            NOLAN BARTON OLMOS & LUCIANO, LLP


    /S/ *Daniel Olmos*
Daniel Olmos
Attorney for Defendant Xiaolang Zhang


Dated: September 26, 2023            Ismail J. Ramsey
UNITED STATES ATTORNEY


    /S/ *Marissa Harris*
By:  Marissa Harris
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br> v.<br><br>XIAOLANG ZHANG,<br><br>  Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing currently scheduled for October 30, 2023, be continued to December 18, 2023, at 1:30 p.m.

Dated: _____
  The Hon. Edward J. Davila
  United States District Judge