# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XIAOLANG ZHANG,<br><br>　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>[~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing currently scheduled for October 30, 2023, be continued to December 18, 2023, at 1:30 p.m.

Dated:　September 27, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　　　United States District Judge