ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18-CR-00312-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the United States and defendant XIAOLANG ZHANG, by and through undersigned counsel, that the sentencing hearing now scheduled for December 18, 2023 be continued to February 5, 2024, at 1:30 p.m.

On August 22, 2022, the defendant pled guilty to Count One of the Indictment. The plea agreement was sealed. The case is now ready to proceed to sentencing. The sentencing hearing in this matter was originally set for December 18, 2023, however the government requests additional time to obtain necessary approvals for its sentencing recommendation. Additionally, the government's attorney very recently fractured her leg and requests the additional time to recover from surgery. Accordingly, the parties now jointly request that the Court continue the sentencing hearing to February 5, 2024, at

1:30 p.m.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

ISMAIL J. RAMSEY
United States Attorney

DATED: December 13, 2023 _____/s/_____
MARISSA HARRIS
Assistant United States Attorney

DATED: December 13, 2023 _____/s/_____
DANIEL B. OLMOS
Counsel for Defendant ZHANG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is hereby ordered that the sentencing hearing now scheduled for December 18, 2023, is continued to February 5, 2024, at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge