UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** February 5, 2024 | **Time:** 2:35-3:11 PM **Total Time:** 36 min | **Judge:** Edward J. Davila |
| **Case No.:** 5:18-cr-00312 EJD | **Case Name:** *United States v. Xiaolang Zhang* (P) (NC) | |

**Attorney for Plaintiff**: Marissa Harris

**Attorney for Defendant**: Daniel Olmos

| | |
|---|---|
| **Deputy Clerk:** Cheré Robinson | **Court Reporter:** Irene Rodriguez |
| | **Probation Officer**: Cindy Suntay |

**PROCEEDINGS - SENTENCING**

Defendant present and not in custody. Hearing held.

The Court GRANTS the Government motion for downward departure pursuant to U.S.S.G. § 5K1.1 for a two-level deduction.

The Court GRANTS a variance.

The Court sentenced Defendant as follows:

> Defendant is sentenced to 120 days as to Count One of the Indictment (ECF No. 5, filed July 12, 2018). Defendant is committed to the Bureau of Prisons to be imprisoned for said term.
>
> Upon release from imprisonment, the Defendant shall serve a term of 3 years supervised release as to Count One of the Indictment. The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.
>
> A special assessment fee of $100.00 is imposed. The Court imposes no fine.
>
> The Court Orders restitution in the agreed amount of $146,984.00. The Court further adopts the restitution payment schedules as recommended by the Probation Officer.

Defendant shall self-surrender on June 19, 2024, by 2:00 p.m. to the designated facility; if a facility has not been designated, Defendant shall self-surrender to the U.S. Marshal's office. All present conditions of release remain in effect until such surrender.

The Court makes the following recommendation: This is a non-violent offense, the Defendant has no history of violence or other convictions, and the Defendant has no affiliation with any gangs, gang members or gang activity. The Court recommends the Defendant be designated to a minimum-security camp-type facility as close as possible to San Jose, California, where Defendant's family resides.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC:

The Court further orders Defendant's interest in the following items, previously seized, forfeited to the United States:

| Item Number | Description |
| --- | --- |
| 1B54 | Split from 1B14, Item 8: TSMC & Marvell Semiconductor proprietary documents |
| 1B53 | Spilt from 1B8, Item 2; Lecture 290 documents (non-proprietary) |
| 1B22 | Item 16: Marvell Semiconductor Confidential and proprietary documents and one (1) notebook |
| 1B18 | Item 12: One (1) Seagate hard drive, serial number NA7X2Z49 |
| 1B17 | Item 11: One (1) Omata hard drive |
| 1B14 | Item 8: Marvell Semiconductor confidential and proprietary documents and notebooks |
| 1B12 | Item 6: An Apple Laptop, serial number C02VV9AWHTD6 |
| 1B10 | Item 4: Samsun Laptop, serial number ZB5093DS604037W |
| 1B9 | Item 3L Apple Confidential Titan documents and business card |
| 1B8 | Item 3: Marvell Semiconductor confidential and proprietary documents |
| 1B7 | Item 1: Apple confidential packet |
| 1B5 | One (1) Apple MacBook Laptop, serial number C1MRQ4B8H3QK |

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Cheré Robinson*
*Courtroom Deputy*
*Original: Efiled*
*CC:*