Daniel B. Olmos (CA SBN 235319)



600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704
Email: dolmos@nbo.law

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    vs.<br><br>XIAOLANG ZHANG,<br><br>            Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS PENDING SURRENDER DATE** |

IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant Xiaolang Zhang, through undersigned counsel, that Defendant Zhang's conditions of release pending his self-surrender on June 19, 2024, shall be modified to remove the GPS monitoring which has been in place since December 20, 2019 (Dkt #37).

The parties hereby stipulate that the GPS monitoring requirement shall be removed. Mr. Zhang's good conduct and general compliance with conditions of his release warrant the removal of a GPS monitoring requirement at this time. The parties also stipulate that removal of the device is appropriate so that Mr. Zhang may receive necessary medical tests and treatment.

Pretrial Services has no objection to this modification.

///

///

1

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Release Conditions to Remove GPS Monitoring Requirement

1  IT IS SO STIPULATED.

3  Dated: February 21, 2024      NOLAN BARTON OLMOS & LUCIANO, LLP

4                                 /S/ *Daniel B. Olmos*
                                  Daniel B. Olmos

                                  Attorney for Defendant Xiaolang Zhang


8  Dated: February 21, 2024      Ismail J. Ramsey, United States Attorney

9                                 /S/ *Marissa Harris*
                                  By:  Marissa Harris

                                  Assistant United States Attorney

2

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Release Conditions to Remove GPS Monitoring Requirement

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XIAOLANG ZHANG,<br><br>　　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS BY REMOVING GPS MONITORING REQUIREMENT** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the GPS monitoring requirement, a condition of Defendant Zhang's release, shall be removed.  All other conditions of release shall remain in effect.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Nathanael Cousins
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Modify Release Conditions to Remove GPS Monitoring Requirement