1  Daniel B. Olmos (CA SBN 235319)
2
3  **NOLAN BARTON OLMOS & LUCIANO LLP**
4
5  600 University Avenue
   Palo Alto | CA | 94301
6  T 650.326.2980 | F 650.326.9704
7  Email: dolmos@nbo.law

8                             **UNITED STATES DISTRICT COURT**
9                            **NORTHERN DISTRICT OF CALIFORNIA**
10                                   **SAN JOSE DIVISION**
11
12 UNITED STATES,                                      Case No. 5:18-cr-00312 EJD
13                Plaintiff,
14      vs.                                          **STIPULATION AND [PROPOSED] ORDER TO CORRECT THE NAME OF THE PAYEE/SURETY WHO POSTED CASH (OR CASH EQUIVALENT) AS PART OF BOND TO SECURE RELEASE OF DEFENDANT**
15 XIAOLANG ZHANG,
16                Defendant.
17
18      IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant
19 Xiaolang Zhang, through undersigned counsel, that the spelling of the name of the Payee/Surety,
20 Qianqian Shi, who is defendant's wife and who posted cash as part of Mr. Zhang's condition of
21 release, be corrected.
22      On July 10, 2018, Qianqian Shi posted a personal check in the amount of $10,000.00 as
23 security for the bond releasing Mr. Zhang during the pendency of his case.  Mr. Zhang was
24 sentenced on February 4, 2024 to 120 days of imprisonment and surrendered to serve his sentence on
25 June 19, 2024.
26      Currently, on the Affidavit for Owner of Cash Security, Ms. Shi's name is spelled incorrectly
27 as Quan Quan Shi. Accordingly, a check with the incorrect spelling was provided to Ms. Shi on July
28 16, 2024. Ms. Shi was not able to deposit this check due to the incorrect spelling of her name.  In

1

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Correct Spelling of Payee/Surety

order to provide a reimbursement check which reflects the correct spelling of her name, the parties hereby stipulate to an Order correcting the spelling of Ms. Shi's name to Qianqian Shi.

IT IS SO STIPULATED.

Dated: August 9, 2024                     NOLAN BARTON OLMOS & LUCIANO, LLP

　　　　　　　　　　　　　　　　　　　　 /s/ *Daniel B. Olmos*
　　　　　　　　　　　　　　　　　　　　Daniel B. Olmos
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Xiaolang Zhang


Dated: August 9, 2024                     Stephanie Hinds, United States Attorney

　　　　　　　　　　　　　　　　　　　　 /s/ *Marissa Harris*
　　　　　　　　　　　　　　　　　　　　By:  Marissa Harris
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

2

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [Proposed] Order to Correct Spelling of Payee/Surety

1
2
3
4                    UNITED STATES DISTRICT COURT
5                FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                            SAN JOSE DIVISION
7
8
9  UNITED STATES,                          Case No. 5:18-cr-00312 EJD
10                 Plaintiff,
                                           **[PROPOSED] ORDER TO CORRECT
11          v.                             THE NAME OF THE PAYEE/SURETY
                                           WHO POSTED CASH (OR CASH
12                                         EQUIVALENT) AS PART OF BOND TO
   XIAOLANG ZHANG,                         SECURE RELEASE OF DEFENDANT**
13
                   Defendant.
14
15
16
        GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is
17
   hereby ordered that the spelling of the Payee/Surety be corrected to: Qianqian Shi.
18
19
20
21 Dated:                                  _____
                                           The Hon. Nathanael Cousins
22                                         United States Magistrate Judge
23
24
25
26
27
28
                                                                                         3