1  Daniel B. Olmos (CA SBN 235319)
2  
3  **NOLAN BARTON OLMOS & LUCIANO LLP**
4  
5  600 University Avenue
   Palo Alto | CA | 94301
6  T 650.326.2980 | F 650.326.9704
7  Email: dolmos@nbo.law

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES, | Case No. 5:18-cr-00312 EJD |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CORRECT THE NAME OF THE PAYEE/SURETY WHO POSTED CASH (OR CASH EQUIVALENT) AS PART OF BOND TO SECURE RELEASE OF DEFENDANT** |
| XIAOLANG ZHANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant Xiaolang Zhang, through undersigned counsel, that the spelling of the name of the Payee/Surety, Qianqian Shi, who is defendant's wife and who posted cash as part of Mr. Zhang's condition of release, be corrected.

On July 10, 2018, Qianqian Shi posted a personal check in the amount of $10,000.00 as security for the bond releasing Mr. Zhang during the pendency of his case.  Mr. Zhang was sentenced on February 4, 2024 to 120 days of imprisonment and surrendered to serve his sentence on June 19, 2024.

Currently, on the Affidavit for Owner of Cash Security, Ms. Shi's name is spelled incorrectly as Quan Quan Shi. Accordingly, a check with the incorrect spelling was provided to Ms. Shi on July 16, 2024. Ms. Shi was not able to deposit this check due to the incorrect spelling of her name.  In

1 order to provide a reimbursement check which reflects the correct spelling of her name, the parties
2 hereby stipulate to an Order correcting the spelling of Ms. Shi's name to Qianqian Shi.

IT IS SO STIPULATED.

Dated: August 9, 2024                              NOLAN BARTON OLMOS & LUCIANO, LLP

                                                    /s/ *Daniel B. Olmos*
                                                   Daniel B. Olmos
                                                   Attorney for Defendant Xiaolang Zhang


Dated: August 9, 2024                              Stephanie Hinds, United States Attorney

                                                    /s/ *Marissa Harris*
                                                   By:  Marissa Harris
                                                   Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XIAOLANG ZHANG,<br><br>　　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**ORDER TO CORRECT THE NAME OF THE PAYEE/SURETY WHO POSTED CASH (OR CASH EQUIVALENT) AS PART OF BOND TO SECURE RELEASE OF DEFENDANT** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the spelling of the Payee/Surety be corrected to: Qianqian Shi.

Dated:  August 9, 2024

_____
The Hon. Nathanael Cousins
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins]