UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR-18-00312 EJD |
| PLAINTIFF, | ) |
| | ) SAN JOSE, CALIFORNIA |
| VS. | ) |
| | ) AUGUST 22, 2022 |
| XIAOLANG ZHANG, | ) |
| | ) PAGES 1 - 26 |
| DEFENDANT. | ) |
| _____ | ) |


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  MARISSA HARRIS
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

FOR THE DEFENDANT:     NOLAN BARTON OLMOS & LUCIANO, LLP
                       BY:  DANIEL B. OLMOS
                       600 UNIVERSITY AVENUE
                       PALO ALTO, CALIFORNIA 94301


OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      SAN JOSE, CALIFORNIA                    AUGUST 22, 2022

 2                      P R O C E E D I N G S

 3          (COURT CONVENED AT 2:32 P.M.)

 4              THE COURT:  ALL RIGHT.  LET'S CALL OUR FINAL MATTER,

 5      THIS IS 18-312, UNITED STATES VERSUS ZHANG.

 6              MS. HARRIS:  GOOD AFTERNOON, YOUR HONOR.

 7          MARISSA HARRIS FOR THE UNITED STATES.

 8              THE COURT:  THANK YOU.  GOOD AFTERNOON.

 9              MS. OLMOS:  AND GOOD AFTERNOON, YOUR HONOR.

10          DANIEL OLMOS APPEARING WITH MR. ZHANG.  HE'S PRESENT

11      BEFORE THE COURT, AND HE'S OUT OF CUSTODY.

12              THE COURT:  THANK YOU.  GOOD AFTERNOON.

13          AND WHAT IS GOING TO HAPPEN IN THIS MATTER?

14              MS. HARRIS:  YOUR HONOR, MY UNDERSTANDING IS THAT

15      THE PARTIES ARE HERE TO ENTER INTO A PLEA AGREEMENT AND CHANGE

16      OF PLEA.

17              THE COURT:  ALL RIGHT.

18              MS. HARRIS:  I'VE HANDED UP A SIGNED VERSION OF THE

19      PLEA AGREEMENT, THE FINAL PLEA AGREEMENT APPROVED BY MY OFFICE,

20      WHICH ALSO HAS AN ATTACHMENT JUST TO MAKE CERTAIN THAT THE

21      DOCUMENT IS COMPLETE.

22              THE COURT:  THANK YOU.

23              MS. OLMOS:  AND, YOUR HONOR, THE DOCUMENT, MY

24      UNDERSTANDING, HAS BEEN LODGED UNDER SEAL, AND WE ARE GOING TO

25      REQUEST THAT THE AGREEMENT MOVING FORWARD WILL BE SEALED.  I
```

The timestamps in the left margin (02:32PM for lines 3–8, 02:33PM for lines 9–25) appear alongside each line.

02:33PM  1    SUPPOSE THAT HAPPENS AS IT IS ENTERED, BUT I JUST WANTED TO

02:33PM  2    ALERT THE COURT TO THAT.

02:33PM  3              THE COURT:  ALL RIGHT.  THANK YOU.

02:33PM  4         ANY OBJECTION TO THAT, MS. HARRIS?

02:33PM  5              MS. HARRIS:  NO, YOUR HONOR.

02:33PM  6              THE COURT:  ALL RIGHT.  THANK YOU.

02:33PM  7         SIR, YOUR LAWYER TELLS ME THAT YOU WISH TO PLEAD GUILTY TO

02:33PM  8    COUNT ONE OF THE INDICTMENT.

02:33PM  9         IS THAT WHAT YOU'RE GOING TO DO?

02:33PM 10              THE DEFENDANT:  YES, YOUR HONOR.

02:33PM 11              THE COURT:  ALL RIGHT.  SIR, YOU AND I WILL HAVE A

02:34PM 12    CONVERSATION ABOUT THIS IN JUST A MOMENT, BUT FIRST I'D LIKE TO

02:34PM 13    GO OVER A COUPLE OF THINGS.

02:34PM 14         DURING OUR CONVERSATION, IF AT ANY TIME YOU WISH TO SPEAK

02:34PM 15    PRIVATELY WITH YOUR LAWYER, PLEASE LET ME KNOW AND I'LL, OF

02:34PM 16    COURSE, ALLOW YOU TO DO THAT.

02:34PM 17         ALL RIGHT, SIR?

02:34PM 18              THE DEFENDANT:  YES, YOUR HONOR.

02:34PM 19              THE COURT:  THANK YOU.  AND ALSO, SIR, IF YOU DO NOT

02:34PM 20    UNDERSTAND SOMETHING I SAY OR YOU'D LIKE ME TO REPEAT MYSELF,

02:34PM 21    PLEASE LET ME KNOW AND I'LL DO THAT.

02:34PM 22         ALL RIGHT, SIR?

02:34PM 23              THE DEFENDANT:  YES, YOUR HONOR.

02:34PM 24              THE COURT:  THANK YOU.  AND THEN FINALLY, I'M GOING

02:34PM 25    TO ASK YOU TO PULL THAT MICROPHONE CLOSE TO YOU AND RESPOND IN

02:34PM  1      A RICH, CLEAR VOICE SO THE COURT REPORTER CAN ACCURATELY REPORT

02:34PM  2      YOUR ANSWERS.

02:34PM  3          ALL RIGHT, SIR?

02:34PM  4              THE DEFENDANT:  YES, YOUR HONOR.

02:34PM  5              THE COURT:  ALL RIGHT.  THANK YOU.

02:34PM  6      IF YOU WOULD RAISE YOUR RIGHT HAND NOW, OUR COURTROOM

02:34PM  7  DEPUTY WILL PLACE YOU UNDER OATH TO TELL THE TRUTH.

02:34PM  8          (DEFENDANT WAS GIVEN THE OATH.)

02:34PM  9              THE DEFENDANT:  YES.

02:34PM 10              THE COURT:  ALL RIGHT.  THANK YOU, SIR.

02:35PM 11      ONE MORE THING.  YOU'VE JUST TAKEN AN OATH TO TELL THE

02:35PM 12  TRUTH.

02:35PM 13      IF YOU NOW SAY SOMETHING THAT IS NOT TRUE, YOU MUST

02:35PM 14  UNDERSTAND THAT THE GOVERNMENT COULD ENGAGE A PROSECUTION

02:35PM 15  AGAINST YOU FOR PROVIDING FALSE INFORMATION.

02:35PM 16          DO YOU UNDERSTAND THAT, SIR?

02:35PM 17              THE DEFENDANT:  YES, YOUR HONOR.

02:35PM 18              THE COURT:  ALL RIGHT.  THANK YOU, SIR.

02:35PM 19          FIRST OF ALL, MAY I KNOW YOUR TRUE NAME?

02:35PM 20              THE DEFENDANT:  XIAOLANG ZHANG.

02:35PM 21              THE COURT:  COULD YOU SPELL THAT FOR US, PLEASE.

02:35PM 22              THE DEFENDANT:  SPELL?

02:35PM 23              THE COURT:  YES.

02:35PM 24              THE DEFENDANT:  X-I-A-O-L-A-N-G, LAST NAME

02:35PM 25  Z-H-A-N-G.

02:35PM 1              THE COURT:  THANK YOU.  YOU ARE OVER THE AGE OF 18?

02:35PM 2              THE DEFENDANT:  YES.

02:35PM 3              THE COURT:  ARE YOU A CITIZEN OF THE UNITED STATES?

02:35PM 4              THE DEFENDANT:  NO.

02:35PM 5              THE COURT:  HOW FAR HAVE YOU GONE IN SCHOOL?

02:35PM 6              THE DEFENDANT:  I'M SORRY, WHAT IS THE QUESTION?

02:35PM 7              THE COURT:  HOW FAR HAVE YOU GONE IN SCHOOL?  WHAT

02:35PM 8    IS THE LEVEL OF YOUR EDUCATION?

02:35PM 9              THE DEFENDANT:  OH.  MASTER DEGREE, YOUR HONOR.

02:35PM 10             THE COURT:  THANK YOU.  ARE YOU PRESENTLY, RIGHT

02:35PM 11   NOW, UNDER THE INFLUENCE OF ANY DRUG, ALCOHOL, OR MEDICATION?

02:35PM 12             THE DEFENDANT:  NO, YOUR HONOR.

02:35PM 13             THE COURT:  HAVE YOU TAKEN ANY OF THOSE SUBSTANCES

02:36PM 14   WITHIN THE LAST 48 HOURS?

02:36PM 15             THE DEFENDANT:  NO, YOUR HONOR.

02:36PM 16             THE COURT:  DO YOU HAVE A CLEAR MIND THIS AFTERNOON?

02:36PM 17             THE DEFENDANT:  YES.

02:36PM 18             THE COURT:  NOW, SIR, I HAVE IN FRONT OF ME A

02:36PM 19   DOCUMENT THAT IS ENTITLED PLEA AGREEMENT.  IT'S 13 PAGES LONG,

02:36PM 20   AND IT HAS ONE ATTACHMENT TO IT.

02:36PM 21        DO YOU UNDERSTAND THIS AGREEMENT?

02:36PM 22             THE DEFENDANT:  YES, YOUR HONOR.

02:36PM 23             THE COURT:  HAVE YOU HAD SUFFICIENT TIME TO READ AND

02:36PM 24   DISCUSS THIS PLEA AGREEMENT WITH YOUR ATTORNEY BEFORE YOU

02:36PM 25   SIGNED IT?

02:36PM  1                    THE DEFENDANT:  YES, YOUR HONOR.

02:36PM  2                    THE COURT:  AND HAS YOUR ATTORNEY BEEN ABLE TO

02:36PM  3      ANSWER ALL OF THE QUESTIONS THAT YOU'VE HAD ABOUT THIS PLEA

02:36PM  4      AGREEMENT?

02:36PM  5                    THE DEFENDANT:  YES, YOUR HONOR.

02:36PM  6                    THE COURT:  ARE YOU SATISFIED WITH THE SERVICES YOUR

02:36PM  7      ATTORNEY HAS PROVIDED YOU?

02:36PM  8                    THE DEFENDANT:  YES, YOUR HONOR.

02:36PM  9                    THE COURT:  NOW, SIR, OTHER THAN THE PROMISES THAT

02:36PM  10     ARE CONTAINED IN THIS PLEA AGREEMENT, HAS ANYONE PROMISED YOU

02:36PM  11     ANYTHING OF ANY KIND TO CAUSE YOU TO PLEAD GUILTY TODAY?

02:36PM  12                    THE DEFENDANT:  NO, YOUR HONOR.

02:36PM  13                    THE COURT:  DOES THE PLEA AGREEMENT THEN REPRESENT

02:36PM  14     THE ENTIRE AGREEMENT THAT YOU HAVE WITH THE GOVERNMENT?

02:37PM  15                    THE DEFENDANT:  YES, YOUR HONOR.

02:37PM  16                    THE COURT:  HAS ANYONE MADE ANY THREATS AGAINST YOU

02:37PM  17     OR ANYONE CLOSE TO YOU TO CAUSE YOU TO PLEAD GUILTY TODAY?

02:37PM  18                    THE DEFENDANT:  NO, YOUR HONOR.

02:37PM  19                    THE COURT:  ARE YOU DOING THIS THEN, THAT IS,

02:37PM  20     PLEADING GUILTY, FREELY AND VOLUNTARILY OF YOUR OWN FREE WILL?

02:37PM  21                    THE DEFENDANT:  YES, YOUR HONOR.

02:37PM  22                    THE COURT:  AND ARE YOU DOING THIS, SIR, BECAUSE IN

02:37PM  23     TRUTH AND IN FACT YOU ARE GUILTY OF THIS CHARGE?

02:37PM  24                    THE DEFENDANT:  YES, YOUR HONOR.

02:37PM  25                    THE COURT:  NOW, SIR, THIS IS A PLEA AGREEMENT

02:37PM 1    PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 11(C)(1)(A) AND

02:37PM 2    (C)(1)(B), AND I'D LIKE TO EXPLAIN THIS TO YOU.

02:37PM 3        AFTER I RECEIVE YOUR PLEA THIS AFTERNOON, I WILL REFER YOU

02:37PM 4    AND YOUR CASE TO THE PROBATION DEPARTMENT.  THE PROBATION

02:37PM 5    DEPARTMENT WILL DO AN INVESTIGATION OF THE CASE, THEY'LL TALK

02:37PM 6    TO YOU, YOUR LAWYER, THE GOVERNMENT, AND OTHER INDIVIDUALS,

02:37PM 7    THEY'LL CONSULT THE UNITED STATES SENTENCING GUIDELINES, AND

02:37PM 8    THEY WILL PREPARE A REPORT, A PROBATION REPORT THAT INCLUDES

02:38PM 9    THEIR RECOMMENDATION FOR WHAT THEY BELIEVE WILL BE A FAIR AND

02:38PM 10   APPROPRIATE SENTENCE IN THIS CASE.

02:38PM 11       YOU WILL HAVE A COPY OF THAT REPORT AT THE TIME OF

02:38PM 12   SENTENCING THROUGH YOUR ATTORNEY, THE GOVERNMENT WILL HAVE A

02:38PM 13   COPY, I'LL HAVE A COPY.  AND AFTER I HEAR FROM THE LAWYERS AND

02:38PM 14   YOU, IF YOU WISH TO BE HEARD, AND AFTER I CONSULT THE

02:38PM 15   UNITED STATES SENTENCING GUIDELINES, I WILL THEN IMPOSE A

02:38PM 16   SENTENCE THAT I THINK IS APPROPRIATE IN THIS CASE.

02:38PM 17       DO YOU UNDERSTAND THAT?

02:38PM 18           THE DEFENDANT:  YES, YOUR HONOR.

02:38PM 19           THE COURT:  NOW, UNDER THE TERMS OF THIS PLEA

02:38PM 20   AGREEMENT, SIR, IF AT THAT TIME, THAT IS, YOUR SENTENCING, IF

02:38PM 21   YOU DISAGREE WITH THE SENTENCE, FOR EXAMPLE, YOU FEEL IT'S TOO

02:38PM 22   HARSH, TOO MUCH TIME, YOU WOULD NOT BE PERMITTED TO WITHDRAW

02:38PM 23   YOUR PLEA OF GUILTY.

02:38PM 24       DO YOU UNDERSTAND THAT, SIR?

02:38PM 25           THE DEFENDANT:  YES, YOUR HONOR.

02:38PM  1          THE COURT:  NOW, SIR, I MENTIONED THE UNITED STATES

02:38PM  2     SENTENCING GUIDELINES.  THEY ARE NOT MANDATORY, BUT ALL OF US,

02:38PM  3     THE LAWYERS, MYSELF, AND PROBATION, MUST CONSULT THEM PRIOR TO

02:39PM  4     SENTENCING.

02:39PM  5          HAVE YOU HAD SUFFICIENT TIME TO DISCUSS THE UNITED STATES

02:39PM  6     SENTENCING GUIDELINES WITH YOUR ATTORNEY?

02:39PM  7          THE DEFENDANT:  YES, YOUR HONOR.

02:39PM  8          THE COURT:  AND HAS YOUR ATTORNEY BEEN ABLE TO

02:39PM  9     ANSWER ALL OF THE QUESTIONS THAT YOU HAVE ABOUT THOSE

02:39PM  10    GUIDELINES AND HOW THEY APPLY TO YOU AND THE FACTS AND

02:39PM  11    CIRCUMSTANCES OF YOUR CASE?  HAS HE BEEN ABLE TO DO THAT?

02:39PM  12         THE DEFENDANT:  YES, YOUR HONOR.

02:39PM  13         THE COURT:  DO YOU HAVE ANY QUESTIONS FOR YOUR

02:39PM  14    LAWYER NOW BEFORE WE GO FURTHER?

02:39PM  15         THE DEFENDANT:  NO.

02:39PM  16         THE COURT:  ALL RIGHT.  SIR, WHAT I WOULD LIKE TO DO

02:39PM  17    NOW IS TO GO OVER WITH YOU THE ELEMENTS OF THIS OFFENSE, THAT

02:39PM  18    IS, THE THINGS THAT THE GOVERNMENT WOULD HAVE TO PROVE BEYOND A

02:39PM  19    REASONABLE DOUBT IN ORDER TO GAIN CONVICTION OF YOU FOR THIS

02:39PM  20    OFFENSE, AND THEN I'D ALSO LIKE TO GO OVER WITH YOU THE MAXIMUM

02:39PM  21    PENALTIES FOR THIS OFFENSE.

02:39PM  22         FIRST OF ALL, SIR, IN ORDER TO GAIN CONVICTION OF YOU FOR

02:39PM  23    A VIOLATION OF 18 UNITED STATES CODE SECTION 1832(A)(1),

02:39PM  24    COMMONLY KNOWN AS THEFT OF TRADE SECRETS, THE GOVERNMENT WOULD

02:40PM  25    HAVE TO PROVE BEYOND A REASONABLE DOUBT THE FOLLOWING THINGS:

02:40PM  1   THE GOVERNMENT WOULD HAVE TO PROVE THAT YOU INTENDED TO

02:40PM  2   CONVERT A TRADE SECRET TO THE ECONOMIC BENEFIT OF SOMEONE OTHER

02:40PM  3   THAN THE OWNER OF THAT TRADE SECRET;

02:40PM  4   THE GOVERNMENT WOULD HAVE TO PROVE THAT THE TRADE SECRET

02:40PM  5   WAS RELATED TO OR INTENDED FOR USE IN A PRODUCT OR SERVICE THAT

02:40PM  6   WAS USED IN OR INTENDED FOR USE IN INTERSTATE OR FOREIGN

02:40PM  7   COMMERCE;

02:40PM  8   THE GOVERNMENT WOULD HAVE TO PROVE THAT YOU KNEW THAT THE

02:40PM  9   OFFENSE WOULD INJURE ANY OWNER OF THAT TRADE SECRET; AND,

02:40PM  10  THE GOVERNMENT WOULD HAVE TO PROVE THAT YOU KNOWINGLY AND

02:40PM  11  WITHOUT AUTHORIZATION CARRIED AWAY SUCH INFORMATION.

02:40PM  12  THE GOVERNMENT WOULD HAVE TO PROVE THAT THIS CONDUCT

02:40PM  13  OCCURRED IN THE NORTHERN DISTRICT OF CALIFORNIA.

02:41PM  14  DO YOU UNDERSTAND THE THINGS THAT THE GOVERNMENT WOULD

02:41PM  15  HAVE TO PROVE BEYOND A REASONABLE DOUBT IN ORDER TO GAIN

02:41PM  16  CONVICTION OF YOU FOR THIS OFFENSE?

02:41PM  17  THE DEFENDANT:  YES, YOUR HONOR.

02:41PM  18  THE COURT:  AND YOU UNDERSTAND, SIR, IF THE

02:41PM  19  GOVERNMENT FAILED IN THEIR PROOF, YOU COULD NOT BE CONVICTED OF

02:41PM  20  THIS CHARGE?

02:41PM  21  DO YOU UNDERSTAND THAT?

02:41PM  22  THE DEFENDANT:  YES, YOUR HONOR.

02:41PM  23  THE COURT:  THE MAXIMUM PENALTIES FOR THIS OFFENSE,

02:41PM  24  SIR, ARE AS FOLLOWS:

02:41PM  25  THE MAXIMUM PRISON TERM IS TEN YEARS.

| | |
|---|---|
| 02:41PM | 1 |

DO YOU UNDERSTAND THAT?

02:41PM 2          THE DEFENDANT:  YES, YOUR HONOR.

02:41PM 3          THE COURT:  THE MAXIMUM FINE IS $250,000 OR TWICE

02:41PM 4 THE GROSS GAIN OR LOSS, WHICHEVER IS GREATER; THE MAXIMUM

02:41PM 5 SUPERVISED RELEASE TERM IS 3 YEARS; RESTITUTION COULD BE

02:41PM 6 ORDERED AND WOULD BE ORDERED IN THIS CASE.  I BELIEVE THERE WAS

02:41PM 7 A FIGURE OF RESTITUTION IN THE PLEA AGREEMENT.

02:41PM 8          MS. HARRIS:  YES, YOUR HONOR.

02:41PM 9          THE COURT:  LET'S SEE IF WE CAN LOCATE IT.

02:41PM 10          MS. HARRIS:  IT'S IN PARAGRAPH 9, YOUR HONOR.

02:41PM 11          THE COURT:  THANK YOU.

02:41PM 12 THE RESTITUTION AGREED TO IN THIS AMOUNT AS OF THE PLEA

02:41PM 13 AGREEMENT DATE AND AS YOUR PLEA DATE, SIR, IS $146,984.

02:42PM 14 DO YOU UNDERSTAND THAT?

02:42PM 15          THE DEFENDANT:  YES, YOUR HONOR.

02:42PM 16          THE COURT:  THERE'S A MANDATORY SPECIAL ASSESSMENT

02:42PM 17 OF $100 THAT THE COURT MUST IMPOSE.  THE COURT WOULD ALSO ORDER

02:42PM 18 FORFEITURE OF CERTAIN ITEMS, AND THOSE ITEMS APPEAR IN

02:42PM 19 ATTACHMENT A, AND THEY INCLUDE VARIOUS DOCUMENTS, ELECTRONIC

02:42PM 20 EQUIPMENT, AND OTHER EQUIPMENT.

02:42PM 21 YOU UNDERSTAND THAT?

02:42PM 22          THE DEFENDANT:  YES, YOUR HONOR.

02:42PM 23          THE COURT:  ALSO, SIR, I MUST ADVISE YOU, AS I DO

02:42PM 24 EVERYBODY WHO PLEADS GUILTY TO AN OFFENSE, THAT IF YOU ARE NOT

02:42PM 25 A UNITED STATES CITIZEN, CONVICTION OF THIS OFFENSE COULD CAUSE

```
02:42PM   1      YOU TO BE DEPORTED, DENIAL NATURALIZATION, OR DENIED REENTRY TO

02:42PM   2      THIS COUNTRY PURSUANT TO THE LAWS OF THE UNITED STATES.

02:42PM   3          DO YOU UNDERSTAND THAT, SIR?

02:42PM   4              THE DEFENDANT:  YES, YOUR HONOR.

02:42PM   5              THE COURT:  AND YOU'VE HAD SUFFICIENT TIME TO

02:42PM   6      DISCUSS THIS ISSUE WITH YOUR ATTORNEY?

02:42PM   7              THE DEFENDANT:  YES, YOUR HONOR.

02:42PM   8              THE COURT:  DO YOU HAVE ANY QUESTIONS FOR YOUR

02:42PM   9      ATTORNEY ABOUT THIS ISSUE NOW?

02:42PM  10              THE DEFENDANT:  NO.

02:42PM  11              THE COURT:  ALL RIGHT, SIR.

02:43PM  12          THE PLEA AGREEMENT ALSO INFORMS US, SIR, IN PARAGRAPH 4

02:43PM  13      THAT YOU ALSO GIVE UP YOUR RIGHT TO APPEAL YOUR CONVICTION,

02:43PM  14      INCLUDING ANY CONSTITUTIONAL CHALLENGES TO THE STATUTE OF

02:43PM  15      CONVICTION.

02:43PM  16          DO YOU UNDERSTAND THAT?

02:43PM  17              THE DEFENDANT:  YES, YOUR HONOR.

02:43PM  18              THE COURT:  PARAGRAPH 5 INFORMS US, SIR, THAT YOU

02:43PM  19      AGREE NOT TO FILE ANY COLLATERAL ATTACK ON YOUR CONVICTION OR

02:43PM  20      SENTENCE, INCLUDING PETITIONS UNDER 28 UNITED STATES CODE

02:43PM  21      SECTION 2255 OR 2241.

02:43PM  22          YOU UNDERSTAND THAT?

02:43PM  23              THE DEFENDANT:  YES, YOUR HONOR.

02:43PM  24              THE COURT:  THE ONLY APPELLATE REMEDY THAT YOU DO

02:43PM  25      RETAIN PURSUANT TO THIS PLEA AGREEMENT, SIR, IS THE RIGHT TO
```

| | | |
|---|---|---|
| 02:43PM | 1 | CLAIM THAT YOUR ATTORNEY WAS LESS THAN EFFECTIVE IN REGARDS TO |
| 02:43PM | 2 | HIS REPRESENTATION. |
| 02:43PM | 3 | DO YOU UNDERSTAND THAT, SIR? |
| 02:43PM | 4 | THE DEFENDANT:  YES, YOUR HONOR. |
| 02:43PM | 5 | THE COURT:  PARAGRAPH 8 INFORMS US OF A SPECIAL |
| 02:43PM | 6 | SEARCH CONDITION THAT YOU AGREE TO. |
| 02:43PM | 7 | DO YOU UNDERSTAND THAT? |
| 02:44PM | 8 | THE DEFENDANT:  YES, YOUR HONOR. |
| 02:44PM | 9 | THE COURT:  NOW, THERE'S ALSO SOME LANGUAGE HERE |
| 02:44PM | 10 | ABOUT WHETHER OR NOT THE GOVERNMENT WOULD MAKE A DECISION TO |
| 02:44PM | 11 | RECOMMEND OR TO MAKE A RECOMMENDATION IN REGARDS TO YOUR |
| 02:44PM | 12 | SENTENCE AT THE TIME OF SENTENCING. |
| 02:44PM | 13 | DO YOU UNDERSTAND THAT, SIR? |
| 02:44PM | 14 | THE DEFENDANT:  YES, YOUR HONOR. |
| 02:44PM | 15 | THE COURT:  AND YOU UNDERSTAND, SIR, THAT THAT |
| 02:44PM | 16 | DECISION, THAT IS, THE DECISION TO MAKE THAT RECOMMENDATION IS |
| 02:44PM | 17 | SOLELY WITH THE GOVERNMENT? |
| 02:44PM | 18 | THE DEFENDANT:  YES, YOUR HONOR. |
| 02:44PM | 19 | THE COURT:  I DON'T GET TO TELL THEM WHAT TO DO IN |
| 02:44PM | 20 | THAT REGARD.  THAT'S UP TO THEM. |
| 02:44PM | 21 | DO YOU UNDERSTAND THAT? |
| 02:44PM | 22 | THE DEFENDANT:  YES, YOUR HONOR. |
| 02:44PM | 23 | THE COURT:  AND DO YOU HAVE ANY QUESTIONS ABOUT |
| 02:44PM | 24 | THAT? |
| 02:44PM | 25 | THE DEFENDANT:  NO, YOUR HONOR. |

02:44PM 1          THE COURT:  NOW, SIR, I MENTIONED SUPERVISED RELEASE

02:44PM 2    AND THERE WOULD BE CONDITIONS ON YOUR SUPERVISED RELEASE.

02:44PM 3          IF YOU WERE TO VIOLATE A CONDITION OF SUPERVISED RELEASE,

02:44PM 4    AND AFTER A HEARING YOU WERE FOUND IN VIOLATION, YOU UNDERSTAND

02:44PM 5    THE COURT COULD IMPOSE ADDITIONAL PENALTIES, INCLUDING

02:44PM 6    INCARCERATION.

02:44PM 7          DO YOU UNDERSTAND THAT?

02:44PM 8              THE DEFENDANT:  YES, YOUR HONOR.

02:44PM 9              THE COURT:  CONVICTION OF THIS OFFENSE COULD ALSO

02:44PM 10   MEAN, SIR, THAT YOU WOULD -- COULD BE DENIED CERTAIN

02:45PM 11   GOVERNMENTAL BENEFITS THAT OTHER INDIVIDUALS MIGHT ENJOY.

02:45PM 12         DO YOU UNDERSTAND THAT?

02:45PM 13             THE DEFENDANT:  YES, YOUR HONOR.

02:45PM 14             THE COURT:  ALL RIGHT.  DO YOU HAVE ANY QUESTIONS

02:45PM 15   ABOUT ANYTHING I'VE SAID UP TO NOW?

02:45PM 16             THE DEFENDANT:  NO.

02:45PM 17             THE COURT:  ALL RIGHT, SIR.

02:45PM 18         WHAT I'D LIKE TO DO NOW, SIR, IS TO GO OVER WITH YOU THE

02:45PM 19   RIGHTS THAT YOU CURRENTLY ENJOY.  I'M GOING TO EXPLAIN EACH

02:45PM 20   RIGHT TO YOU, I'LL THEN ASK YOU IF YOU UNDERSTAND THE RIGHT,

02:45PM 21   AND I'LL THEN ASK YOU IF YOU WISH TO WAIVE OR GIVE UP THAT

02:45PM 22   RIGHT SO I CAN THEN ACCEPT YOUR PLEA OF GUILTY.

02:45PM 23         FIRST OF ALL, SIR, YOU UNDERSTAND THAT YOU HAVE THE RIGHT

02:45PM 24   TO CONTINUE WITH YOUR PLEA OF NOT GUILTY AND PROCEED TO TRIAL.

02:45PM 25         DO YOU UNDERSTAND THAT?

02:45PM 1          THE DEFENDANT:  YES, YOUR HONOR.

02:45PM 2          THE COURT:  AND YOU DO HAVE A RIGHT TO A JURY TRIAL.

02:45PM 3   A JURY TRIAL IS A HEARING WHERE 12 MEMBERS OF THE COMMUNITY ARE

02:45PM 4   SELECTED, THEY SEE AND HEAR THE EVIDENCE AND THE ARGUMENTS OF

02:45PM 5   COUNSEL, AND THEY THEN DECIDE GUILT OR INNOCENCE.  THAT'S WHAT

02:46PM 6   A JURY TRIAL IS.

02:46PM 7       DO YOU UNDERSTAND THEN YOUR RIGHT TO A JURY TRIAL?

02:46PM 8          THE DEFENDANT:  YES, YOUR HONOR.

02:46PM 9          THE COURT:  AND DO YOU GIVE UP THAT RIGHT?

02:46PM 10          THE DEFENDANT:  YES, I GIVE UP THAT.

02:46PM 11          THE COURT:  AT YOUR TRIAL, YOU HAVE THE RIGHT TO BE

02:46PM 12   REPRESENTED BY AN ATTORNEY.

02:46PM 13       IF YOU COULD NOT AFFORD AN ATTORNEY, I WOULD APPOINT AN

02:46PM 14   ATTORNEY TO REPRESENT YOU AT NO COST TO YOU.

02:46PM 15       DO YOU UNDERSTAND THAT RIGHT, SIR?

02:46PM 16          THE DEFENDANT:  YES, YOUR HONOR.

02:46PM 17          THE COURT:  AT YOUR TRIAL, SIR, YOU ALSO HAVE THE

02:46PM 18   RIGHT TO SEE, HEAR, AND ASK QUESTIONS OF ALL OF THE WITNESSES

02:46PM 19   WHO WOULD TESTIFY AGAINST YOU.  THAT'S CALLED YOUR RIGHT OF

02:46PM 20   CONFRONTATION.

02:46PM 21       DO YOU UNDERSTAND THAT RIGHT?

02:46PM 22          THE DEFENDANT:  YES, YOUR HONOR.

02:46PM 23          THE COURT:  AND DO YOU GIVE UP THAT RIGHT?

02:46PM 24          THE DEFENDANT:  YES.

02:46PM 25          THE COURT:  YOU HAVE THE RIGHT TO PUT ON A DEFENSE

02:46PM 1    AND YOU COULD USE THE SUBPOENA POWER OF THE COURT TO COMPEL, TO

02:46PM 2    MAKE WITNESSES COME TO COURT AND TESTIFY FOR YOU AT NO COST TO

02:46PM 3    YOU.

02:46PM 4        DO YOU UNDERSTAND THAT RIGHT?

02:46PM 5            THE DEFENDANT:  YES, YOUR HONOR.

02:46PM 6            THE COURT:  DO YOU GIVE UP THAT RIGHT?

02:46PM 7            THE DEFENDANT:  YES, YOUR HONOR.

02:46PM 8            THE COURT:  YOU HAVE THE RIGHT TO TESTIFY IN YOUR

02:46PM 9    OWN DEFENSE IF YOU WISH, HOWEVER, YOU MAY NOT BE COMPELLED,

02:46PM 10   FORCED TO TESTIFY IF YOU DO NOT WISH TO DO SO.  THAT'S CALLED

02:47PM 11   YOUR RIGHT TO REMAIN SILENT, YOUR RIGHT AGAINST

02:47PM 12   SELF-INCRIMINATION.

02:47PM 13       NOW, SIR, I MUST ADVISE YOU THAT BY PLEADING GUILTY TODAY,

02:47PM 14   YOU DO INCRIMINATE YOURSELF TO THE HIGHEST DEGREE.

02:47PM 15       DO YOU UNDERSTAND THEN YOUR RIGHT TO REMAIN SILENT?

02:47PM 16           THE DEFENDANT:  YES.

02:47PM 17           THE COURT:  AND DO YOU GIVE UP THAT RIGHT?

02:47PM 18           THE DEFENDANT:  YES.

02:47PM 19           THE COURT:  DO YOU HAVE ANY OTHER QUESTIONS OR ANY

02:47PM 20   QUESTIONS FOR ME, YOUR LAWYER, OR ANYONE BEFORE WE GO FURTHER?

02:47PM 21           THE DEFENDANT:  NO QUESTIONS.

02:47PM 22           THE COURT:  ALL RIGHT.  THANK YOU, SIR.

02:47PM 23       WHAT I'M GOING TO DO NOW IS TO CALL UPON THE GOVERNMENT

02:47PM 24   THROUGH MS. HARRIS TO STATE FOR US ON THE RECORD THE THINGS

02:47PM 25   THAT THE GOVERNMENT IS PREPARED TO PROVE IF THIS CASE HAD

02:47PM 1    PROCEEDED TO TRIAL.

02:47PM 2        I'M GOING TO INVITE YOU TO LISTEN VERY CLOSELY AS

02:47PM 3    MS. HARRIS DESCRIBES THE THINGS THAT THE GOVERNMENT WOULD PROVE

02:47PM 4    AT TRIAL IN THIS CASE.

02:47PM 5        WHEN SHE'S FINISHED, I'LL ASK YOU IF YOU WERE ABLE TO HEAR

02:47PM 6    AND TO UNDERSTAND THE THINGS THAT THE GOVERNMENT WOULD PROVE AT

02:47PM 7    TRIAL, AND I'LL THEN ASK YOU FOR YOUR PLEA TO THE CHARGE.

02:48PM 8        ALL RIGHT, SIR?

02:48PM 9            THE DEFENDANT:  YES, YOUR HONOR.

02:48PM 10           THE COURT:  MS. HARRIS.

02:48PM 11           MS. HARRIS:  THANK YOU, YOUR HONOR.

02:48PM 12       HAD THIS CASE GONE TO TRIAL THE GOVERNMENT WOULD HAVE

02:48PM 13   PROVED THE FOLLOWING FACTS BEYOND A REASONABLE DOUBT THROUGH

02:48PM 14   ADMISSIBLE EVIDENCE AND TESTIMONY OF WITNESSES:

02:48PM 15       APPLE, INC., ALSO KNOWN AS "APPLE," IS A TECHNOLOGY

02:48PM 16   COMPANY HEADQUARTERED IN CUPERTINO, CALIFORNIA WITH AN ANNUAL

02:48PM 17   REVENUE OF APPROXIMATELY $229 BILLION AS OF 2017.

02:48PM 18       AUTONOMOUS VEHICLES ARE ONE OF THE MANY TECHNOLOGIES UNDER

02:48PM 19   DEVELOPMENT BY APPLE, OR THE PROJECT, ALTHOUGH IT HAD NEVER

02:48PM 20   BEEN PUBLICALLY ACKNOWLEDGED BY THE COMPANY.

02:48PM 21       APPLE'S RESEARCH AND DEVELOPMENT FOR THE PROJECT IS A

02:48PM 22   CLOSELY GUARDED SECRET.  TO MAINTAIN CONFIDENTIALITY, APPLE

02:48PM 23   LIMITS THE NUMBER OF EMPLOYEES WITH KNOWLEDGE ABOUT THE

02:48PM 24   PROJECT.  SPECIFICALLY, APPLE GRANTS EMPLOYEES, QUOTE,

02:48PM 25   "DISCLOSURE" FOR THE PROJECT.  DISCLOSURE STATUS ALLOWS AN

02:48PM 1    EMPLOYEE TO RECEIVE INFORMATION FOR THE PROJECT AND IS SOLELY

02:48PM 2    GRANTED ON A STRICT NEED-TO-KNOW BASIS.

02:48PM 3        APPLE ALSO GOES THROUGH GREAT LENGTHS TO PROTECT DATA AND

02:49PM 4    INTELLECTUAL PROPERTY REGARDING THE PROJECT.  AND APPLE

02:49PM 5    MAINTAINS MULTIPLE CONFIDENTIAL DATABASES WHICH CONTAIN

02:49PM 6    PROPRIETARY AND CONFIDENTIAL INFORMATION ABOUT THE PROJECT.

02:49PM 7    THESE ARE KNOWN AS THE DATABASES.

02:49PM 8        THE DATABASES ARE ONLY ACCESSIBLE WITH APPLE EMPLOYEE

02:49PM 9    CREDENTIALS AND A PASSWORD.

02:49PM 10       NOT ALL EMPLOYEES DISCLOSED ON THE PROJECT HAVE ACCESS TO

02:49PM 11   THE DATABASES.

02:49PM 12       APPLE USES AN INTERNAL SOFTWARE TOOL TO MONITOR ACCESS TO

02:49PM 13   THE DATABASES.

02:49PM 14       APPLE ALSO GOES TO GREAT LENGTHS TO COMMUNICATE THE

02:49PM 15   IMPORTANCE OF CONFIDENTIALITY IN ALL ASPECTS OF APPLE'S

02:49PM 16   BUSINESS AS IT RELATES TO ITS EMPLOYEES.

02:49PM 17       BEFORE STARTING AT APPLE, EMPLOYEES MUST SIGN AN

02:49PM 18   INTELLECTUAL PROPERTY AGREEMENT, OR IPA.  THE IPA SPECIFIES

02:49PM 19   THAT AN EMPLOYEE MAY NOT USE APPLE'S INTELLECTUAL PROPERTY

02:49PM 20   EXCEPT AS AUTHORIZED BY APPLE, INCLUDING A PROHIBITION AGAINST

02:49PM 21   TRANSFER AND TRANSMISSION OF INTELLECTUAL PROPERTY WITHOUT

02:49PM 22   APPLE'S CONSENT.  THE DEFENDANT SIGNED AN IPA ON OCTOBER 28TH,

02:49PM 23   2015.

02:50PM 24       EMPLOYEES DISCLOSED ON THE PROJECT MUST ALSO ATTEND AN

02:50PM 25   IN-PERSON SECRECY TRAINING FOR THE PROJECT.  THE DEFENDANT

02:50PM 1    ATTENDED THE SECRECY TRAINING ON DECEMBER 9TH, 2015.

02:50PM 2        THE TRAINING COVERED THE IMPORTANCE OF KEEPING THE NATURE

02:50PM 3    AND DETAILS OF THE PROJECT SECRET AND AVOIDING INTENTIONAL OR

02:50PM 4    UNINTENTIONAL INFORMATION LEAKS.

02:50PM 5        THE TRAINING REVIEWED METHODS FOR ENSURING INFORMATION

02:50PM 6    ABOUT THE PROJECT IS ONLY PROVIDED TO INDIVIDUALS DISCLOSED ON

02:50PM 7    THE PROJECT, THE FACT THAT FAMILY MEMBERS SHOULD NOT HAVE

02:50PM 8    ACCESS TO INFORMATION ABOUT THE PROJECT, AS WELL AS POSSIBLE

02:50PM 9    CONSEQUENCES FOR PROVIDING INFORMATION OR CONFIRMATION OF

02:50PM 10   INFORMATION TO NON-DISCLOSED INDIVIDUALS, INCLUDING EMPLOYMENT

02:50PM 11   TERMINATION.

02:50PM 12       THE TRAINING ALSO COVERED APPLE'S POLICY PROHIBITING

02:50PM 13   EMPLOYEES FROM STORING APPLE'S INTELLECTUAL PROPERTY ON DEVICES

02:50PM 14   OVER WHICH THEY DO NOT HAVE PERSONAL CONTROL AND REQUIREMENTS

02:50PM 15   FOR STORING AND TRANSMITTING PROJECT DOCUMENTS USING SECURE

02:50PM 16   MECHANISMS.

02:50PM 17       THE DEFENDANT WAS HIRED AT APPLE STARTING ON DECEMBER 7TH,

02:51PM 18   2015 TO DEVELOP SOFTWARE AND HARDWARE FOR USE IN THE PROJECT.

02:51PM 19   MOST RECENTLY HE WORKED ON THE COMPUTE TEAM WHERE HE DESIGNED

02:51PM 20   AND TESTED CIRCUIT BOARDS TO ANALYZE SENSOR DATA.  BECAUSE OF

02:51PM 21   HIS ROLE ON THE TEAM, HE WAS GRANTED BROAD ACCESS TO THE

02:51PM 22   DATABASES WHICH CONTAINED TRADE SECRETS AND INTELLECTUAL

02:51PM 23   PROPERTY FOR THE PROJECT.

02:51PM 24       WHILE EMPLOYED AT APPLE IN THAT CAPACITY, HE DEVISED A

02:51PM 25   PLAN TO APPROPRIATE, WITHOUT AUTHORIZATION, AND CONVERT TO HIS

1  OWN USE TRADE SECRETS OF APPLE RELATING TO THE PROJECT.

2      SPECIFICALLY, BETWEEN APRIL 1ST, 2018 AND APRIL 29TH,

3  2018, HE TOOK NEW PARENT LEAVE FOLLOWING THE BIRTH OF HIS CHILD

4  PURSUANT TO APPLE'S EMPLOYEE LEAVE POLICY.

5      IN THE FINAL TWO DAYS OF HIS LEAVE, AFTER RETURNING FROM A

6  TRIP TO CHINA WITH HIS FAMILY, HE REMOTELY DOWNLOADED FROM THE

7  DATABASES NUMEROUS DOCUMENTS AND MATERIALS CONTAINING APPLE'S

8  TRADE SECRETS RELEVANT TO THE PROJECTS WITHOUT AUTHORIZATION

9  AND IN VIOLATION OF THE EMPLOYEE LEAVE POLICY.

10      HE ALSO WENT TO RESTRICTED SOFTWARE AND HARDWARE

11  LABORATORIES ON APPLE'S CAMPUS AND REMOVED APPLE OWNED

12  ELECTRONIC DEVICES FROM THESE LABORATORIES, AGAIN, IN VIOLATION

13  OF COMPANY POLICY.

14      ON APRIL 30TH, 2018, HIS FIRST DAY BACK FROM LEAVE, HE

15  SUBMITTED HIS RESIGNATION TO HIS IMMEDIATE SUPERVISOR AT APPLE

16  AND EXPLAINED THAT HE WOULD BE RESIGNING TO MOVE BACK TO CHINA

17  TO BE CLOSER TO HIS FAMILY.

18      HE ALSO DISCLOSED THAT HE INTENDED TO LEAVE APPLE TO WORK

19  FOR X-MOTORS, A CHINESE START-UP COMPANY FOCUSSED ON ELECTRIC

20  AUTOMOBILES AND AUTONOMOUS VEHICLE TECHNOLOGY.

21      AT THE END OF THAT MEETING WITH HIS SUPERVISOR, THE

22  DEFENDANT WAS ASKED TO TURN OVER ALL APPLE OWNED DEVICES IN HIS

23  POSSESSION AND WAS ESCORTED FROM CAMPUS.

24      HE TURNED OVER TWO APPLE IPHONES AND ONE MACBOOK LAPTOP

25  COMPUTER.  APPLE'S INTERNAL SECURITY DID A FORENSIC REVIEW OF

02:52PM 1    HIS WORK ISSUED APPLE DEVICES AND FURTHER ANALYZED HIS NETWORK

02:52PM 2    ACTIVITY AND HISTORICAL DOWNLOADS FROM THE DATABASES.

02:52PM 3        APPLE INTERNAL SECURITIES DETERMINED THAT IN THE DAYS

02:53PM 4    IMMEDIATELY PRIOR TO HIS RESIGNATION ON APRIL 30TH, 2018, HIS

02:53PM 5    APPLE NETWORK ACTIVITY INCREASED EXPONENTIALLY COMPARED TO THE

02:53PM 6    PRIOR TWO YEARS OF HIS EMPLOYMENT.  THIS INCLUDED BOTH BULK

02:53PM 7    SEARCHES AND TARGETED DOWNLOADING OF COPIOUS PAGES OF MATERIALS

02:53PM 8    CONTAINING TRADE SECRETS RELEVANT TO THE PROJECT.

02:53PM 9        APPLE'S INTERNAL SECURITY ALSO DETERMINED THAT HE HAD

02:53PM 10   ACCESSED AND REMOVED PROPERTY FROM RESTRICTED LABORATORIES IN

02:53PM 11   VIOLATION OF COMPANY POLICIES.

02:53PM 12       HE HAD A SUBSEQUENT INTERVIEW WITH APPLE INTERNAL SECURITY

02:53PM 13   ON MAY 2ND, 2018.  DURING THE INTERVIEW HE ADMITTED TO PURSUING

02:53PM 14   EMPLOYMENT WITH X-MOTORS WHILE STILL EMPLOYED AT APPLE.  HE

02:53PM 15   INITIALLY DENIED ENTERING APPLE'S CAMPUS DURING HIS PATERNITY

02:53PM 16   LEAVE AND DENIED REMOVING ELECTRONIC DEVICES FROM THE HARDWARE

02:53PM 17   AND SOFTWARE LABORATORIES.

02:53PM 18       AFTER BEING CONFRONTED WITH EVIDENCE TO THE CONTRARY, THE

02:53PM 19   DEFENDANT LATER RECANTED HIS EARLIER DENIALS AND ADMITTED

02:53PM 20   ENTERING THE APPLE CAMPUS WHILE STILL ON LEAVE.

02:53PM 21       HE FURTHER ADMITTED TO DOWNLOADING MATERIALS FROM THE

02:54PM 22   DATABASES WHILE ON LEAVE.  HE ALSO ADMITTED REMOVING ITEMS FROM

02:54PM 23   APPLE'S LABORATORIES PRIOR TO HIS LEAVE, INCLUDING TWO CIRCUIT

02:54PM 24   BOARDS AND A LINUX SERVER FROM THE HARDWARE LAB.  HE ALSO

02:54PM 25   ADMITTED TO, QUOTE, "AIR DROPPING" THE DATA THAT HE DOWNLOADED

02:54PM 1    FROM THE DATABASES ONTO HIS WIFE'S PERSONAL COMPUTER, AN APPLE

02:54PM 2    MACBOOK LAPTOP BEARING SERIAL NUMBER C1MRQ4B8H3QK.

02:54PM 3        HE LATER SURRENDERED HIS WIFE'S PERSONAL COMPUTER ALONG

02:54PM 4    WITH A SERVER AND CIRCUIT BOARDS THAT HE HAD TAKEN FROM THE

02:54PM 5    APPLE LABORATORY.  FORENSIC REVIEW OF THE LAPTOP COMPUTER

02:54PM 6    REVEALED THAT HE HAD COPIED AND DOWNLOADED WITHOUT PERMISSION

02:54PM 7    AT LEAST 40 GIGABYTES OF DATA, INCLUDING 17 FILES AND DOCUMENTS

02:54PM 8    CONTAINING APPLE'S PROPRIETARY TRADE SECRET INFORMATION

02:54PM 9    CONCERNING THE PROJECT IMMEDIATELY PRIOR TO HIS RESIGNATION

02:54PM 10   FROM APPLE AND AFTER HE HAD ACCEPTED AN OFFER OF EMPLOYMENT

02:54PM 11   FROM X-MOTORS.

02:54PM 12       ONE OF THE 25 PAGE DOCUMENTS THAT HE DOWNLOADED CONTAINED

02:55PM 13   ELECTRICAL SCHEMATICS FOR A CIRCUIT BOARD CONTAINED IN APPLE'S

02:55PM 14   PROPRIETARY INFRASTRUCTURE TECHNOLOGY FOR THE PROJECT.

02:55PM 15       THIS DOCUMENT INCLUDED A NOTICE WARNING THE DEFENDANT THAT

02:55PM 16   THE INFORMATION CONTAINED THEREIN WAS APPLE'S PROPRIETARY

02:55PM 17   INTELLECTUAL PROPERTY AND THAT IT SHOULD BE KEPT CONFIDENTIAL

02:55PM 18   AND NOT REPRODUCED, COPIED, PUBLISHED, OR REVEALED IN WHOLE OR

02:55PM 19   IN PART.  HE DOWNLOADED THIS AND OTHER PROPRIETARY DOCUMENTS

02:55PM 20   AND MATERIALS FROM APPLE'S DATABASES WHILE AT HIS HOME IN

02:55PM 21   SAN JOSE, CALIFORNIA.

02:55PM 22       FEDERAL AGENTS OBTAINED A SEARCH WARRANT FOR HIS HOME IN

02:55PM 23   SAN JOSE, CALIFORNIA.  THE WARRANT WAS EXECUTED ON JUNE 27TH,

02:55PM 24   2018.

02:55PM 25       DURING THE SEARCH WARRANT EXECUTION, AGENTS RECOVERED TWO

02:55PM 1    LAPTOP COMPUTERS, A HARD DRIVE, A NOTEBOOK, AND NUMEROUS

02:55PM 2    DOCUMENTS CONTAINING SENSITIVE, CONFIDENTIAL, AND PROPRIETARY

02:55PM 3    INFORMATION OF APPLE, TSMC, AND MARVEL SEMICONDUCTOR.  THESE

02:55PM 4    ITEMS ARE ALL DESCRIBED IN ATTACHMENT A TO THIS PLEA AGREEMENT.

02:55PM 5        AT THAT TIME THAT HE DOWN -- AT THE TIME THAT HE

02:55PM 6    DOWNLOADED THE DOCUMENTS AND FILES FROM THE DATABASE ONTO HIS

02:56PM 7    WIFE'S PERSONAL COMPUTER, THE DEFENDANT KNEW THAT THE

02:56PM 8    INFORMATION WAS PROPRIETARY, CONTAINED TRADE SECRETS OF APPLE

02:56PM 9    RELATING TO THE PROJECT, AND THAT THE PROJECT WAS A PRODUCT AND

02:56PM 10   SERVICE USED IN OR INTENDED FOR USE IN INTERSTATE OR FOREIGN

02:56PM 11   COMMERCE.

02:56PM 12       AT THE TIME THAT HE DOWNLOADED THE DOCUMENTS AND FILES

02:56PM 13   FROM THE DATABASES ONTO HIS WIFE'S PERSONAL COMPUTER, THE

02:56PM 14   DEFENDANT KNEW THAT HE DID NOT HAVE AUTHORIZATION TO ACCESS,

02:56PM 15   COPY, OR DISTRIBUTE THE DOCUMENTS AND FILES OR THE PROPRIETARY

02:56PM 16   INFORMATION CONTAINED THEREIN.  HE NONETHELESS DOWNLOADED THE

02:56PM 17   DOCUMENTS AND FILES WITH THE INTENT TO ECONOMICALLY BENEFIT

02:56PM 18   HIMSELF.

02:56PM 19       HE FURTHER KNEW THAT DISCLOSURE OF APPLE'S PROPRIETARY

02:56PM 20   TRADE SECRETS CONCERNING THE PROJECT WOULD DISADVANTAGE APPLE

02:56PM 21   AND CONVEY APPLE'S TECHNOLOGICAL RESEARCH, ADVANCEMENTS, AND

02:56PM 22   STRATEGIES TO OTHER COMPANIES AT APPLE'S EXPENSE.

02:56PM 23       THE DEFENDANT AGREES AND THE GOVERNMENT WOULD HAVE PROVED

02:56PM 24   HAD THE CASE GONE TO TRIAL THAT THE REASONABLY FORESEEABLE

02:56PM 25   FINANCIAL HARM AND DEVELOPMENT COSTS ASSOCIATED WITH THE

02:57PM 1    PROPRIETARY TECHNOLOGIES DESCRIBED IN THE 25 PAGE DOCUMENT THAT

02:57PM 2    HE TOOK WITHOUT AUTHORIZATION AS CHARGED IN COUNT ONE IS

02:57PM 3    APPROXIMATELY $400,279.

02:57PM 4            THE COURT:  SIR, WERE YOU ABLE TO HEAR AND TO

02:57PM 5    UNDERSTAND THE THINGS THAT THE GOVERNMENT WOULD PROVE AT TRIAL

02:57PM 6    IN THIS CASE?

02:57PM 7            THE DEFENDANT:  YES, YOUR HONOR.

02:57PM 8            THE COURT:  ARE THOSE FACTS TRUE AND CORRECT?

02:57PM 9            THE DEFENDANT:  YES, YOUR HONOR.  I'LL NOW ASK YOU

02:57PM 10   FOR YOUR PLEA TO THE CHARGE, SIR.  AND I'M REFERRING TO THE

02:57PM 11   INDICTMENT THAT WAS -- IT LOOKED LIKE IT WAS FILED, IS IT,

02:57PM 12   JUNE 12TH, EXCUSE ME, JULY 12TH OF 2018 IS THE OPERATIVE

02:57PM 13   DOCUMENT.

02:57PM 14       IT'S ALLEGED IN COUNT ONE, SIR, THAT ON OR ABOUT APRIL 30,

02:57PM 15   2018, IN THE NORTHERN DISTRICT OF CALIFORNIA, YOU, WITH THE

02:57PM 16   INTENT TO CONVERT A TRADE SECRET RELATED TO A PRODUCT AND

02:58PM 17   SERVICE USED IN AND INTENDED FOR USE IN INTERSTATE AND FOREIGN

02:58PM 18   COMMERCE, SPECIFICALLY A 25 PAGE DOCUMENT CONTAINING DETAILS,

02:58PM 19   SCHEMATIC DRAWINGS OF A CIRCUIT BOARD DESIGNED TO BE USED IN

02:58PM 20   THE CRITICAL INFRASTRUCTURE OF A PORTION OF AN AUTONOMOUS

02:58PM 21   VEHICLE TO THE ECONOMIC BENEFIT OF A PERSON OTHER THAN THE

02:58PM 22   TRADE SECRET'S OWNER, AND KNOWING AND INTENDING THAT THE

02:58PM 23   OFFENSE WILL INJURE THE OWNER OF THAT TRADE SECRET, APPLE,

02:58PM 24   INCORPORATED, KNOWINGLY DID STEAL AND WITHOUT AUTHORIZATION

02:58PM 25   APPROPRIATE, TAKE, CARRY AWAY, CONCEAL, AND BY FRAUD, ARTIFICE,

02:58PM 1    AND DECEPTION, OBTAIN SUCH INFORMATION, ALL OF THIS IN

02:58PM 2    VIOLATION OF TITLE 18 UNITED STATES CODE SECTION 1832(A)(1).

02:58PM 3          MS. OLMOS:  YOUR HONOR, THE ONLY REASON I'M PAUSING

02:59PM 4    HERE IS THAT THE WAY THE INDICTMENT IS WRITTEN IS IN THE

02:59PM 5    CONJUNCTIVE.  I GUESS THOSE ARE ALL OF THE POSSIBLE METHODS BY

02:59PM 6    WHICH MR. ZHANG IS ALLEGED TO HAVE CARRIED OUT THIS CONDUCT.

02:59PM 7       AND IN THE PLEA AGREEMENT HE'S AGREEING THAT HE IN FACT

02:59PM 8    CARRIED AWAY SUCH INFORMATION WITHOUT AUTHORIZATION.  SO IT'S

02:59PM 9    THAT -- THAT IS THAT TO WHICH HE IS PLEADING GUILTY AND NOT THE

02:59PM 10   REMAINDER OF THE POSSIBLE STATUTORY METHODS, I GUESS.

02:59PM 11         MS. HARRIS:  YES, YOUR HONOR, THAT'S MY

02:59PM 12   UNDERSTANDING AS WELL.

02:59PM 13      AGAIN, THE PLEA AGREEMENT REFLECTS THAT THE STATUTE IS IN

02:59PM 14   THE CONJUNCTIVE AND SO ANY ONE OF THOSE METHODS OR MEANS IS A

02:59PM 15   MANNER BY WHICH THE DEFENDANT COULD BE GUILTY.

02:59PM 16         THE COURT:  ALL RIGHT.  THANK YOU.

02:59PM 17      SO, SIR, THE CONDUCT ALLEGED IN YOUR PLEA AGREEMENT THAT

02:59PM 18   YOU SIGNED AND WE TALKED ABOUT THIS AFTERNOON ALLEGES A

02:59PM 19   VIOLATION OF 18 UNITED STATES CODE SECTION 1832(A)(1).  TO THAT

03:00PM 20   CHARGE, SIR, WHAT IS YOUR PLEA, IS YOUR PLEA GUILTY OR NOT

03:00PM 21   GUILTY?

03:00PM 22         THE DEFENDANT:  GUILTY.

03:00PM 23         THE COURT:  COUNSEL, DO YOU CONCUR IN YOUR CLIENT'S

03:00PM 24   PLEA?

03:00PM 25         MS. OLMOS:  I DO, YOUR HONOR.

03:00PM 1    THE COURT:  AND STIPULATE TO A FACTUAL BASIS FOR IT?

03:00PM 2    THE DEFENDANT:  I DO.

03:00PM 3    THE COURT:  THE COURT WILL ACCEPT THE PLEA AND FINDS

03:00PM 4    THAT MR. ZHANG HAS MADE A KNOWING, INTELLIGENT, AND FREE AND

03:00PM 5    VOLUNTARY WAIVER OF CONSTITUTIONAL RIGHTS AND ENTRY OF PLEA.

03:00PM 6    THERE IS AN INDEPENDENT FACTUAL BASIS FOR EACH ELEMENT OF

03:00PM 7    THE OFFENSE.  I'LL ORDER THE PLEA RECORDED AT THIS TIME.

03:00PM 8    DO WE WANT TO SET THIS FOR STATUS FOR SENTENCING OR SHOULD

03:00PM 9    I MAKE A REFERRAL TO PROBATION NOW?

03:00PM 10    MS. HARRIS:  YOUR HONOR, THE GOVERNMENT WOULD ASK

03:00PM 11    THAT WE SET IT FOR A STATUS.

03:00PM 12    THE COURT:  SURE.  AND DO YOU HAVE A SUGGESTED DATE

03:00PM 13    FOR THAT?

03:00PM 14    MS. HARRIS:  WOULD NOVEMBER 14TH WORK FOR THE COURT?

03:00PM 15    THE COURT:  THAT WILL WORK.

03:01PM 16    MS. HARRIS:  OKAY.

03:01PM 17    THE COURT:  LET'S SET NOVEMBER 14TH, NOVEMBER 14TH

03:01PM 18    AT 1:30, AND THAT'S FOR STATUS.

03:01PM 19    IF THE PARTIES WISH TO MOVE OR OTHERWISE ALIGN THAT DATE,

03:01PM 20    YOU CAN DO SO BY STIPULATION AND JUST GET IT TO OUR COURTROOM

03:01PM 21    DEPUTY, AND WE'LL MAKE WHATEVER ADJUSTMENTS ARE NECESSARY.

03:01PM 22    MS. HARRIS:  YES, YOUR HONOR.

03:01PM 23    THE COURT:  SO I WON'T -- I WILL NOT MAKE A REFERRAL

03:01PM 24    TO PROBATION AT THIS TIME.

03:01PM 25    MS. HARRIS:  YES, YOUR HONOR.

03:01PM 1                    THE COURT:  OKAY.

03:01PM 2                    MS. OLMOS:  THANK YOU, YOUR HONOR.

03:01PM 3                    THE COURT:  GREAT.

03:01PM 4                    MS. OLMOS:  I GUESS, AS I RAISED AT THE BEGINNING,

03:01PM 5       YOUR HONOR, THE PLEA AGREEMENT AS IT IS NOW SHOULD BE UNDER

03:01PM 6       SEAL.

03:01PM 7                    THE COURT:  THAT WILL BE SEALED.

03:01PM 8            WHAT ABOUT OUR TRANSCRIPT?

03:01PM 9                    MS. HARRIS:  I DON'T THINK THERE'S ANYTHING OF

03:01PM 10      SIGNIFICANT -- THAT IS SIGNIFICANTLY PROBLEMATIC ON THE

03:01PM 11      TRANSCRIPT OF TODAY'S PROCEEDINGS, SO THE TRANSCRIPT CAN REMAIN

03:01PM 12      NOT SEALED IF COUNSEL AGREES, BUT THE PLEA AGREEMENT SHOULD BE

03:01PM 13      SEALED.

03:01PM 14                   MS. OLMOS:  THAT'S FINE, YOUR HONOR.

03:01PM 15                   THE COURT:  OKAY.  GREAT.  ALL RIGHT.

03:01PM 16                   MS. HARRIS:  THANK YOU.

03:01PM 17                   MS. OLMOS:  THANK YOU.

03:01PM 18                   THE COURT:  YOU'RE WELCOME.

03:02PM 19           (COURT CONCLUDED AT 3:02 P.M.)

20

21

22

23

24

25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, RMR, CRR
            CERTIFICATE NUMBER 8074
17

18          DATED:  OCTOBER 28, 2024
19

20

21

22

23

24

25