UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION


UNITED STATES OF AMERICA,        )  CR-18-00312 EJD
                                 )
                PLAINTIFF,       )  SAN JOSE, CALIFORNIA
                                 )
        VS.                      )  FEBRUARY 5, 2024
                                 )
XIAOLANG ZHANG,                  )  PAGES 1 - 24
                                 )
                DEFENDANT.       )
_____   )


                   TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:  MARISSA HARRIS
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113


FOR THE DEFENDANT:    NOLAN BARTON OLMOS & LUCIANO, LLP
                      BY:  DANIEL B. OLMOS
                      600 UNIVERSITY AVENUE
                      PALO ALTO, CALIFORNIA 94301

U.S. PROBATION:       CINDY SUNTAY

OFFICIAL COURT REPORTER:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074

            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER

|     |     |
| --- | --- |
|            | 1 | SAN JOSE, CALIFORNIA                    FEBRUARY 5, 2024 |
|            | 2 |               P R O C E E D I N G S |
|            | 3 |        (COURT CONVENED AT 2:34 P.M.) |
| 02:34PM  | 4 |           THE COURT:  ALL RIGHT.  LET'S NOW CALL 18-312, |
| 02:34PM  | 5 | UNITED STATES VERSUS ZHANG. |
| 02:34PM  | 6 |           MS. HARRIS:  GOOD AFTERNOON, YOUR HONOR. |
| 02:34PM  | 7 |       MARISSA HARRIS FOR THE UNITED STATES. |
| 02:35PM  | 8 |           THE COURT:  THANK YOU.  GOOD AFTERNOON. |
| 02:35PM  | 9 |           MR. OLMOS:  AND GOOD AFTERNOON, YOUR HONOR. |
| 02:35PM  | 10 |       DANIEL OLMOS APPEARING WITH MR. ZHANG.  MR. ZHANG IS |
| 02:35PM  | 11 | PRESENT BEFORE THE COURT, AND HE'S OUT OF CUSTODY. |
| 02:35PM  | 12 |           THE COURT:  THANK YOU.  GOOD AFTERNOON, SIR. |
| 02:35PM  | 13 |           THE DEFENDANT:  GOOD AFTERNOON, YOUR HONOR. |
| 02:35PM  | 14 |           PROBATION OFFICER:  GOOD AFTERNOON, YOUR HONOR. |
| 02:35PM  | 15 |       CINDY SUNTAY WITH UNITED STATES PROBATION. |
| 02:35PM  | 16 |           THE COURT:  THANK YOU.  THIS IS THE DATE AND TIME |
| 02:35PM  | 17 | SET FOR SENTENCING.  ARE ALL PARTIES READY TO PROCEED? |
| 02:35PM  | 18 |           MS. HARRIS:  YES, YOUR HONOR. |
| 02:35PM  | 19 |           MR. OLMOS:  YES, YOUR HONOR. |
| 02:35PM  | 20 |           THE COURT:  ALL RIGHT.  THANK YOU.  I DO HAVE -- |
| 02:35PM  | 21 | I'VE READ AND REVIEWED DOCUMENT 91, WHICH IS THE PRESENTENCE |
| 02:35PM  | 22 | REPORT; I'VE READ DOCUMENT 95, WHICH IS THE GOVERNMENT'S |
| 02:35PM  | 23 | MEMORANDUM; AS WELL AS 94, WHICH IS THE DEFENDANT'S MEMORANDUM. |
| 02:35PM  | 24 | I'VE REVIEWED A SEALED DOCUMENT, 96, AS WELL. |
| 02:35PM  | 25 |           ARE THERE ANY OTHER DOCUMENTS THAT THE PARTIES WISH TO |

02:35PM  1    BRING TO MY ATTENTION?

02:35PM  2              MS. HARRIS:  YOUR HONOR, I JUST WANTED TO CONFIRM

02:35PM  3    THAT THE COURT WAS ABLE TO REVIEW THE VICTIM'S IMPACT

02:35PM  4    STATEMENT.

02:35PM  5              THE COURT:  YES.

02:35PM  6              MS. HARRIS:  THANK YOU.

02:35PM  7              THE COURT:  YES.  AND ARE THERE ANY VICTIMS PRESENT

02:35PM  8    THAT WISH TO BE HEARD?

02:35PM  9              MS. HARRIS:  YES, YOUR HONOR.  THERE ARE VICTIMS

02:36PM  10   PRESENT FROM APPLE TODAY.  MY UNDERSTANDING IS THAT THEY DO NOT

02:36PM  11   WISH TO BE HEARD BY THE COURT BUT HAVE SUBMITTED A STATEMENT

02:36PM  12   FOR THE COURT'S CONSIDERATION.

02:36PM  13              THE COURT:  OKAY.  THANK YOU.

02:36PM  14         ALL RIGHT.  LET ME ASK IF THERE'S ANY CHANGES, ADDITIONS,

02:36PM  15   DELETIONS TO THE REPORT?

02:36PM  16              PROBATION OFFICER:  NO, YOUR HONOR.

02:36PM  17              THE COURT:  I DO HAVE A COUPLE OF CORRECTIONS.  ON

02:36PM  18   THE TITLE PAGE IT READS SENIOR UNITED STATES DISTRICT JUDGE.

02:36PM  19   NOT YET.  SO WE'LL HAVE TO STRIKE THAT, PLEASE.

02:36PM  20         AND PARAGRAPH 2 LIKEWISE INDICATES THE SAME, SO WE'LL

02:36PM  21   INDICATE THAT.

02:36PM  22         PARAGRAPH 15, I BELIEVE THERE'S A TYPO.  AND I BELIEVE

02:36PM  23   THAT IT SHOULD READ "ACTIVITY" --

02:36PM  24              MR. OLMOS:  YES.

02:36PM  25              THE COURT:  -- AS OPPOSED TO "ACIDITY."  THAT'S JUST

02:37PM 1      A TYPO, I BELIEVE.

02:37PM 2                 PROBATION OFFICER:  YES.

02:37PM 3                 THE COURT:  AND WE'LL HAVE THOSE CORRECTED.

02:37PM 4           ANY OTHER CHANGES TO THE REPORT?

02:37PM 5           MS. SUNTAY, ANYTHING ELSE?

02:37PM 6                 PROBATION OFFICER:  NO, YOUR HONOR.  I'LL MAKE THOSE

02:37PM 7      CORRECTIONS.

02:37PM 8                 THE COURT:  LET'S REVIEW THE GUIDELINE CALCULATIONS

02:37PM 9      AND THOSE BEGIN IN PARAGRAPH 24.

02:37PM 10          THE BASE OFFENSE LEVEL IS 6 PURSUANT TO 2B1.1(A)(2);

02:37PM 11          THERE'S A 12 LEVEL INCREASE PURSUANT TO 2B1.1(B)(1)(G) FOR

02:37PM 12     THE LOSS;

02:37PM 13          PARAGRAPH 27 SUGGESTS A 2 LEVEL INCREASE PURSUANT TO 3B1.3

02:37PM 14     FOR CONFIDENTIAL POSITION.

02:37PM 15          THE ADJUSTED OFFENSE LEVEL IS 20.

02:37PM 16          PARAGRAPH 30 APPLIES PURSUANT TO 4C1.1(A) AND (B) A TWO

02:37PM 17     LEVEL REDUCTION.

02:38PM 18          AND PARAGRAPHS 31 AND 32 CAPTURE ACCEPTANCE OF

02:38PM 19     RESPONSIBILITY REDUCTIONS PURSUANT TO 3E1.1(A) AND (B).

02:38PM 20          AND THAT YIELDS A TOTAL OFFENSE LEVEL OF 15.

02:38PM 21          DO THE PARTIES AGREE WITH THAT CALCULATION AT THIS POINT?

02:38PM 22                MR. OLMOS:  YES, YOUR HONOR.

02:38PM 23                MS. HARRIS:  YES, YOUR HONOR.

02:38PM 24                THE COURT:  ALL RIGHT.  THANK YOU.

02:38PM 25          THE GUIDELINE RANGE FOR THAT CALCULATION IS 18 TO

02:38PM 1    24 MONTHS.

02:38PM 2         THE GOVERNMENT HAS FILED A DOCUMENT.  DO YOU WANT TO BE

02:38PM 3    HEARD ON ANY MOTION UNDER 5K IN THIS CASE?

02:38PM 4         MS. HARRIS:  YES, YOUR HONOR, THE GOVERNMENT DID

02:38PM 5    MAKE ITS MOTION IN THE DOCUMENT FILED.

02:38PM 6         THE COURT:  I'VE READ AND REVIEWED THAT.  I NOTE

02:38PM 7    THAT IT IS UNDER SEAL NOW, BUT IF THERE'S ANYTHING PUBLICLY YOU

02:38PM 8    WANT TO PUT ON THE RECORD, I'M HAPPY TO HEAR THAT.

02:39PM 9         MS. HARRIS:  NO, YOUR HONOR.  I THINK WE SAID WHAT

02:39PM 10   WE NEED TO SAY IN OUR SEALED MEMORANDUM.

02:39PM 11        THE COURT:  OKAY.  THANK YOU.  AS TO THE 5K MOTION,

02:39PM 12   ANYTHING YOU WOULD LIKE TO SAY IN ADVANCE OF THAT?

02:39PM 13        MR. OLMOS:  NOT WITH RESPECT TO THAT MOTION, NO,

02:39PM 14   YOUR HONOR.

02:39PM 15        THE COURT:  ALL RIGHT.  THANK YOU.

02:39PM 16        WELL, I'LL GRANT THAT MOTION AND FIND THAT THE MOTION IS

02:39PM 17   APPROPRIATE PURSUANT TO THE ARTICULATION IN THE SEALED WRITING,

02:39PM 18   AND I DO FIND THAT THE 5K ELEMENTS AND ALL OF THOSE HAVE BEEN

02:39PM 19   MET, AND I WILL GRANT THAT.  THAT SUGGESTS A 2 LEVEL REDUCTION,

02:39PM 20   AND THE COURT WILL GRANT THAT 2 LEVEL REDUCTION.  THE TOTAL

02:39PM 21   OFFENSE LEVEL, THE NEW TOTAL OFFENSE LEVEL, THEREFORE, IS 13,

02:39PM 22   AND THE GUIDELINE RANGE FOR THAT IS 12 TO 18 MONTHS.

02:39PM 23        DO THE PARTIES AGREE WITH THAT CALCULATION?

02:39PM 24        MS. HARRIS:  YES, YOUR HONOR.

02:39PM 25        MR. OLMOS:  YES, YOUR HONOR.

02:39PM 1                    THE COURT:  ALL RIGHT.  THANK YOU.

02:39PM 2           DOES THE GOVERNMENT WISH TO BE HEARD?

02:39PM 3                    MS. HARRIS:  YES, YOUR HONOR, BRIEFLY.

02:39PM 4           AGAIN, I WOULD LIKE TO ACKNOWLEDGE THAT THE VICTIM'S

02:39PM 5    REPRESENTATIVE IS HERE TODAY.  THANK YOU SO MUCH FOR

02:40PM 6    PARTICIPATING IN THE CASE AND FOR SUBMITTING A VICTIM IMPACT

02:40PM 7    STATEMENT, WHICH I THANK THE COURT FOR CONSIDERING.

02:40PM 8           I'D ALSO LIKE TO THANK THE CASE AGENT, ONE OF THEM WHO IS

02:40PM 9    HERE TODAY, FOR THEIR WORK ON THE CASE.

02:40PM 10          YOUR HONOR, THIS CASE COMES BEFORE US TODAY BECAUSE

02:40PM 11   MR. ZHANG IN EFFECT ABUSED A POSITION OF TRUST AT APPLE.  HE

02:40PM 12   CAME INTO HIS EMPLOYMENT AT THAT COMPANY SIGNING NONDISCLOSURE

02:40PM 13   AGREEMENTS UNDERSTANDING WHAT HIS OBLIGATIONS WERE UNDER THE

02:40PM 14   TRAINING THAT HE RECEIVED AND UNDER THOSE AGREEMENTS, AND HE

02:40PM 15   VIOLATED THEM.  ABOUT TWO DAYS BEFORE HE WAS SET TO LEAVE THE

02:40PM 16   COMPANY, TO GO WORK FOR A COMPETITOR, HE TOOK A LARGE CACHE OF

02:40PM 17   INFORMATION WHICH INCLUDED TRADE SECRETS, APPLE'S TRADE SECRETS

02:40PM 18   IN A RATHER SENSITIVE AREA OF DEVELOPMENT.

02:40PM 19          HAD THOSE DOCUMENTS, HAD THAT RESEARCH, HAD THAT DATA

02:40PM 20   FALLEN INTO THE WRONG HANDS, IT COULD HAVE SEVERELY DAMAGED THE

02:40PM 21   COMPANY, AND THEY WERE RIGHT TO COME TO THE GOVERNMENT SEEKING

02:41PM 22   REDRESS FOR THAT TAKING.

02:41PM 23          THE GUIDELINES, AS WE SAID IN OUR MEMO, IT REPRESENTS A

02:41PM 24   RELATIVELY SMALL FRACTION OF HIS ACTUAL CONDUCT.  IT WAS ONLY

02:41PM 25   ONE DOCUMENT THAT WAS CHARGED IN THE INDICTMENT BUT NONETHELESS

02:41PM 1    IT WAS, AGAIN, A VERY LARGE BODY OF INFORMATION THAT HE TOOK.

02:41PM 2         THE COURT:  WAS IT 40 GIGABYTES?  IS THAT WHAT I

02:41PM 3    READ?

02:41PM 4         MS. HARRIS:  YEAH, IT WAS A LOT.  YOU KNOW, MANY,

02:41PM 5    MANY GIGABYTES OF DATA THAT WAS DOWNLOADED FROM PROTECTED

02:41PM 6    SERVERS THAT HE ONLY HAD ACCESS TO BECAUSE HE WAS GRANTED THIS

02:41PM 7    SPECIAL DISCLOSURE FOR HIS WORK ON THAT PROJECT.

02:41PM 8         YOU KNOW, WHILE WE ACKNOWLEDGE THAT HE WAS GENERALLY

02:41PM 9    COMPLIANT ON PRETRIAL RELEASE, THERE WAS AN INCIDENT LAST YEAR

02:41PM 10   THAT GAVE US SOME PAUSE AND SOME CONCERN.  MY UNDERSTANDING IS

02:41PM 11   THAT THAT'S BEEN RESOLVED, BUT, AGAIN, THAT'S ONE INCIDENT THAT

02:41PM 12   REALLY RAISED THE GOVERNMENT'S ATTENTION.

02:41PM 13        THE COURT:  IS THIS A TRAVEL INCIDENT?

02:41PM 14        MS. HARRIS:  IT WAS NOT A TRAVEL INCIDENT,

02:41PM 15   YOUR HONOR, IT WAS A DOMESTIC VIOLENCE INCIDENT.

02:42PM 16        THE COURT:  OKAY.  THANK YOU.

02:42PM 17        MS. HARRIS:  AGAIN, MY UNDERSTANDING FROM IT IS THAT

02:42PM 18   THE VICTIM IS SATISFIED WITH HOW THE INCIDENT RESOLVED, BUT,

02:42PM 19   AGAIN, IT COULD JUST BE ME, BUT I'M JUST VERY SENSITIVE TO

02:42PM 20   THOSE TYPES OF THINGS GIVEN THE MAJORITY OF MY WORK.

02:42PM 21        SO I'M HAPPY THAT THAT SITUATION IS RESOLVED, BUT IT

02:42PM 22   NONETHELESS REPRESENTED A VERY STRIKING DEPARTURE FROM HIS

02:42PM 23   BEHAVIOR THUS FAR.

02:42PM 24        THAT BEING SAID, YOU KNOW, WE ACKNOWLEDGE HIS, YOU KNOW,

02:42PM 25   FOR THE REASONS THAT WE MENTIONED IN OUR SEALED MEMO, YOU KNOW,

02:42PM  1    GENERAL ATTITUDE OF HELPFULNESS TOWARD THE INVESTIGATION, AND

02:42PM  2    WE AGREE THAT A MODEST DEPARTURE IS APPROPRIATE IN THE CASE.

02:42PM  3        SO WE WILL JOIN PROBATION'S RECOMMENDATION OF 12 MONTHS

02:42PM  4    AND 1 DAY.  WE WILL ASK FOR THE 3 YEARS OF SUPERVISED RELEASE

02:42PM  5    WITH THE STANDARD CONDITIONS THAT I UNDERSTAND WERE APPENDED TO

02:42PM  6    THE PRESENTENCE REPORT.  WE FIND THEM TO BE APPROPRIATE IN THE

02:42PM  7    CASE.

02:42PM  8        WE WOULD ALSO ASK THAT THE COURT AWARD RESTITUTION AS

02:42PM  9    AGREED UPON IN THE PLEA AND ALSO FORFEITURE OF THE ITEMS IN

02:43PM  10   ATTACHMENT A ALONG WITH THE $100 SPECIAL ASSESSMENT THAT IS

02:43PM  11   MANDATORY.

02:43PM  12       WE THINK THAT THIS RECOMMENDED SENTENCE IS VERY REASONABLE

02:43PM  13   UNDER THE CIRCUMSTANCES AND WOULD SUBMIT ON OUR PAPERS.

02:43PM  14           THE COURT:  THANK YOU.

02:43PM  15       MR. OLMOS.

02:43PM  16           MR. OLMOS:  YES, YOUR HONOR.  THANK YOU.

02:43PM  17       FIRST, I'D LIKE TO THANK PROBATION AND OFFICER SUNTAY.

02:43PM  18   IT'S A COMPLICATED CASE, AS THE COURT IS AWARE.  OFFICER SUNTAY

02:43PM  19   TREATED MR. ZHANG WITH DIGNITY AND RESPECT, AND THAT'S

02:43PM  20   APPRECIATED.

02:43PM  21           PROBATION OFFICER:  THANK YOU.

02:43PM  22           MR. OLMOS:  AND, YOUR HONOR, WE ARE HERE ALMOST SIX

02:43PM  23   YEARS FROM THE CONDUCT GIVING RISE TO THIS CASE.  THAT CONDUCT

02:43PM  24   WAS SERIOUS.  THERE'S NO DOUBT IT REPRESENTED A TERRIBLE LAPSE

02:43PM  25   IN JUDGMENT BY MR. ZHANG, AND IT CAUSED THE VICTIM COMPANY,

02:43PM 1      APPLE, UNDERSTANDABLE CONCERN.

02:43PM 2          AND THAT CONCERN WAS THAT MR. ZHANG, AND OTHERS NOT

02:44PM 3      RELATED TO THIS CASE, HAD TAKEN A LARGE AMOUNT OF INTELLECTUAL

02:44PM 4      PROPERTY WITH THE INTENTION OF TRANSFERRING THAT IP TO A

02:44PM 5      COMPETING COMPANY IN THIS DEVELOPING AREA.

02:44PM 6          WHAT WE KNOW NOW AND WHAT WE HAVE KNOWN FOR SOME TIME

02:44PM 7      ABOUT MR. ZHANG IS THAT HE DID HAVE A LARGE AMOUNT OF APPLE

02:44PM 8      INTELLECTUAL PROPERTY WITH HIM AND HE SHOULDN'T HAVE, BUT THAT

02:44PM 9      HE DID NOT GIVE THAT INFORMATION TO ANYONE, AND THERE IS NO

02:44PM 10     EVIDENCE THAT HE EVEN INTENDED TO.

02:44PM 11         AND SO AS THE COURT KNOWS THROUGH THE GOVERNMENT'S UNDER

02:44PM 12     SEAL PLEADING, AND I WON'T GET INTO THE DETAILS OF IT,

02:44PM 13     MR. ZHANG TOOK RESPONSIBILITY FOR HIS LAPSE IN JUDGMENT LONG

02:44PM 14     AGO, VERY EARLY ON IN THIS CASE.

02:44PM 15         AND IN PART AS A RESULT THE GOVERNMENT WAS ABLE TO PREVENT

02:45PM 16     AND ENSURE THAT THAT INTELLECTUAL PROPERTY TRANSFER THAT IT HAD

02:45PM 17     CONCERN, UNDERSTANDABLE, AND THAT APPLE HAD CONCERN THAT WAS

02:45PM 18     UNDERSTANDABLE THAT IT DID NOT OCCUR.

02:45PM 19         AND SO NOW SIX YEARS LATER DURING WHICH MR. ZHANG HAS HAD

02:45PM 20     A GPS MONITOR AFFIXED TO HIS ANKLE FOR THE ENTIRE TIME, HE HAS

02:45PM 21     PERFORMED WELL ON SUPERVISION AS NOTED BY THE PROBATION, HE HAS

02:45PM 22     REMAINED EMPLOYED, HE HAS SUPPORTED HIS FAMILY.  HIS WIFE IS

02:45PM 23     HERE IN COURT TODAY.  THEY HAD A VERY YOUNG CHILD WHEN THIS

02:45PM 24     CASE BEGAN.  THEY NOW HAVE A SECOND YOUNG CHILD.

02:45PM 25         MR. ZHANG IS A PERMANENT RESIDENT BY THE UNITED STATES.  A

02:45PM   1    CUSTODIAL SENTENCE OF A YEAR OR MORE -- WELL, REALLY ANY

02:46PM   2    CUSTODIAL SENTENCE BUT CERTAINLY ONE OF A YEAR OR MORE WOULD

02:46PM   3    HAVE POTENTIALLY CATASTROPHIC IMMIGRATION CONSEQUENCES FOR HIM.

02:46PM   4         YOUR HONOR, WE SUBMIT, AND I DON'T WANT TO REPEAT

02:46PM   5    EVERYTHING THAT IS IN OUR SENTENCING MEMO AND THE CONDUCT THAT

02:46PM   6    IS -- WELL, THE LIFE AND SOCIAL HISTORY THAT IS SET FORTH IN

02:46PM   7    THE PROBATION REPORT, WE THINK THAT MR. ZHANG IS THE IDEAL

02:46PM   8    CANDIDATE FOR PROBATION.  HE HAS SHOWED DURING HIS LAST ALMOST

02:46PM   9    SIX YEARS THAT HE CAN COMPLY, THAT HE CAN GO ABOVE AND BEYOND

02:46PM  10    COMPLYING WITH HIS PRETRIAL CONDITIONS, AND HE CAN COOPERATE.

02:46PM  11         IT'S NOT JUST THAT HE HAS BEEN A PRODUCTIVE MEMBER OF

02:46PM  12    SOCIETY DURING THESE LAST SIX YEARS.  HE HAS, AS THE COURT

02:46PM  13    KNOWS FROM THE UNDER SEAL PLEADING, GONE ABOVE AND BEYOND THAT.

02:46PM  14         AND SO WE ARE ASKING THE COURT TO ALLOW MR. ZHANG, TO

02:47PM  15    SENTENCE MR. ZHANG, UNDERSTANDING THE SEVERITY OF HIS LAPSE IN

02:47PM  16    JUDGMENT, BUT A SENTENCE THAT WOULD ALLOW HIM TO CONTINUE TO

02:47PM  17    SUPPORT HIS FAMILY, THAT COULD SAVE HIM FROM POTENTIALLY

02:47PM  18    CATASTROPHIC IMMIGRATION CONSEQUENCES, AND HIS CONTINUED

02:47PM  19    EMPLOYMENT WOULD HAVE THE ADDITIONAL BENEFIT OBVIOUSLY OF

02:47PM  20    ALLOWING HIM TO PAY IN LUMP SUM AND VERY SOON THE RESTITUTION

02:47PM  21    AWARD THAT WE ARE NOT DISPUTING THAT IS SET FORTH IN OUR PLEA

02:47PM  22    AGREEMENT AND THAT MR. ZHANG HAS AGREED TO PAY.

02:47PM  23         SO HE ASKING FOR THIS COURT'S GRACE.  AND I KNOW THAT HE

02:47PM  24    WOULD LIKE TO SAY SOMETHING BRIEFLY TO THE COURT.

02:47PM  25              THE COURT:  OKAY.  THANK YOU.  THANK YOU.

02:47PM  1    AND BEFORE I HEAR FROM YOU, SIR, I JUST WANT TO MAKE SOME

02:47PM  2    OBSERVATIONS, AND I TYPICALLY DO THIS TO ALLOW AN INDIVIDUAL TO

02:47PM  3    HEAR WHAT THE COURT SAYS SUCH THAT ANY RESPONSE OR COMMENT CAN

02:48PM  4    BE MADE TO WHAT AT LEAST THE COURT'S OBSERVATIONS HAVE BEEN.

02:48PM  5    I AGREE, AND I THINK YOU DO, TOO, SIR, WITH YOUR LAWYER

02:48PM  6    AND ALL OF THE LAWYERS IN THIS CASE THAT THIS WAS VERY SERIOUS,

02:48PM  7    SIGNIFICANT, SERIOUS CONDUCT.

02:48PM  8    WHAT I'VE READ IN THE PSR AND IN THE MEMORANDUMS SUGGEST

02:48PM  9    THAT YOU WERE A REMARKABLE YOUNG MAN IN CHINA, BORN TO A FAMILY

02:48PM  10   OF AGRARIAN PARENTS, PARENTS WHO WORKED IN THE FIELD, WHO PUT

02:48PM  11   THEIR HANDS IN THE EARTH EVERY DAY AND IN THE HOPES THAT

02:48PM  12   SOMETHING WOULD GROW FROM THAT EARTH THAT THEY COULD THEN USE

02:48PM  13   TO SUPPORT THEIR FAMILY, NOT JUST IN NOURISHING THEIR FAMILY,

02:48PM  14   BUT PERHAPS SELLING THAT AND PROVIDING IT IN THAT WAY TO

02:48PM  15   PRODUCE INCOME TO THE FAMILY.

02:49PM  16   THAT'S A VERY NOBLE, NOBLE EFFORT.  AND YOUR PARENTS ARE

02:49PM  17   VERY PROUD OF YOU.  YOU'RE A VERY SMART YOUNG MAN.  YOU

02:49PM  18   EXCELLED.  I READ ABOUT YOU BEING THE NUMBER 1 STUDENT IN YOUR

02:49PM  19   AREA, AND YOUR PARENTS, I'M SURE, WERE SO PROUD AND DELIGHTED

02:49PM  20   TO HAVE YOU, ALTHOUGH I'M SURE IT PAINED THEM GREATLY TO HAVE

02:49PM  21   YOU LEAVE THE AREA, BUT THEY KNEW THAT IT WAS FOR YOUR BEST

02:49PM  22   INTEREST BECAUSE THE HIGHER EDUCATION THAT YOU WERE ABLE TO

02:49PM  23   SUSTAIN WAS NOT AVAILABLE IN THAT NEIGHBORHOOD THAT YOU GREW UP

02:49PM  24   IN.  FARMING WAS THE JOB OF CHILDREN IN YOUR NEIGHBORHOOD.

02:49PM  25   YOU, HOWEVER, YOU EXCELLED.  AND YOU EXCELLED IN MATH, I

02:49PM  1     READ.  AND YOU WERE ABLE TO ACHIEVE GREAT THINGS GOING TO

02:49PM  2     PRESTIGIOUS HIGH SCHOOLS AND UNIVERSITIES.  YOU GRADUATED FROM

02:49PM  3     A UNIVERSITY IN CANADA, ALL BEING TRAINED IN ELECTRONIC

02:50PM  4     ENGINEERING ENHANCED BY YOUR LOVE AND YOUR ABILITY TO NAVIGATE

02:50PM  5     MATH WITH GREAT EASE.

02:50PM  6          SO WE'RE NOT SURPRISED, I WASN'T SURPRISED TO READ THAT

02:50PM  7     YOU WOULD BE THE TYPE OF INDIVIDUAL THAT APPLE, OR ACTUALLY

02:50PM  8     BEFORE APPLE, OTHER COMPANIES WOULD HAVE INTEREST IN, YOUR

02:50PM  9     ABILITY TO NEGOTIATE COMPLEX SOFTWARE, COMPLEX IDEAS IN THE

02:50PM  10    ELECTRICAL ENGINEERING FIELD AND SOFTWARE FIELD WERE

02:50PM  11    TREMENDOUS.

02:50PM  12          AND THEN YOU WERE RECRUITED BY APPLE TO WORK IN A DIVISION

02:50PM  13    THAT WAS NOT PUBLICLY KNOWN, APPLE NEVER MADE, AS FAR AS I

02:50PM  14    KNOW, AND I THINK THE PLEADINGS SUGGEST THAT APPLE HAS NEVER

02:50PM  15    MADE A PUBLIC STATEMENT ABOUT WHAT THE GROUP YOU WERE WORKING

02:50PM  16    WITH WAS ACTUALLY DOING.  IT WAS A SECRET.

02:50PM  17          AND WE KNOW THAT IN SILICON VALLEY MANY OF THE COMPANIES

02:50PM  18    THAT SURROUND THIS COURTHOUSE UP AND DOWN THE PENINSULA, THEY

02:51PM  19    WORK ON THINGS THAT THEY DON'T WANT TO SHARE PUBLICALLY FOR A

02:51PM  20    VARIETY OF REASONS, SOME OF THEM FINANCIAL, SOME OF THEM

02:51PM  21    SECURITY, SOME OF THEM NATIONAL SECURITY, BECAUSE THE IDEAS,

02:51PM  22    THE PLANS, THE FRUITION OF THOSE IDEAS COULD VERY WELL FIND

02:51PM  23    THEMSELF INTO NATIONAL SECURITY ISSUES THAT MILITARY USE COULD

02:51PM  24    USE AND THAT TYPE OF INFORMATION, IF KNOWN BY OUR ENEMIES,

02:51PM  25    WOULD ALLOW A PATH TO SOLVE OTHER THINGS THAT ARE GOING ON.

02:51PM 1      YOU KNOW ABOUT THIS MORE THAN ANYONE BEING IN THE ROOM,

02:51PM 2   BEING AN ELECTRICAL ENGINEER, YOU KNOW THAT CERTAIN ALGORITHMS,

02:51PM 3   CERTAIN THOUGHTS, CERTAIN PATHS THAT ARE CREATED FOR COMMERCIAL

02:51PM 4   USE SOMETIMES PROVIDE AN OPPORTUNITY TO BE USED IN NATIONAL

02:51PM 5   SECURITY TYPE ISSUES AND ALLOWING THOSE KEYS TO BE DISCOVERED

02:52PM 6   BY AN ENEMY IS MORE THAN JUST ECONOMIC DAMAGE.

02:52PM 7      I WAS NOT SURPRISED TO LEARN, SIR, FROM THE PAPERS THAT

02:52PM 8   YOU WERE RECRUITED BECAUSE OF YOUR PROWESS AND YOUR SKILLS IN

02:52PM 9   YOUR FIELD.

02:52PM 10     I WAS DISAPPOINTED, I HAVE TO TELL YOU, TO READ ABOUT WHEN

02:52PM 11  THE SEARCH OCCURRED, THE AGENTS ALSO DISCOVERED WHAT IT SAID

02:52PM 12  AND IDENTIFIED IN THE PLEADINGS, IN THE REPORT TO BE

02:52PM 13  CONFIDENTIAL INFORMATION THAT MAY HAVE BEEN RETRIEVED FROM YOUR

02:52PM 14  PREVIOUS EMPLOYER.  THIS WAS, I THINK, FOUND IN A COMPUTER OR A

02:52PM 15  HARD DRIVE THAT WAS HIDDEN IN THE LAUNDRY HAMPER, THE BOTTOM OF

02:52PM 16  THE LAUNDRY HAMPER DURING ONE OF THE SEARCHES, AND THAT

02:52PM 17  CONCERNS US BECAUSE THAT SUGGESTS PREMEDITATION, DOESN'T IT?

02:53PM 18  IT SUGGESTS THAT THERE WAS SOME THOUGHT IN ADVANCE OF SECURING

02:53PM 19  THAT TYPE OF INFORMATION.

02:53PM 20     AND IT WOULD SEEM THAT FROM THE TIMING OF THAT, THAT

02:53PM 21  COMPANY THAT THAT INFORMATION BELONGED TO, YOU WORKED FOR THAT

02:53PM 22  COMPANY BEFORE YOU WENT TO APPLE.  I BELIEVE THAT'S THE

02:53PM 23  CHRONOLOGY.

02:53PM 24     AND THAT SUGGESTS SOME TROUBLING THOUGHTS TO US, TO ME.

02:53PM 25  IT SUGGESTS THAT -- IS THIS A PATTERN FOR THIS YOUNG MAN, THIS

02:53PM   1    SMART YOUNG MAN TO TAKE SECRETS FROM HIS EMPLOYERS?  AND TO

02:53PM   2    WHAT END?  FOR WHAT PURPOSE?

02:53PM   3        THE RECORD REFLECTS IN THE REPORT THAT THERE WAS A TRIP

02:53PM   4    DURING YOUR PATERNITY LEAVE TO CHINA AND ON YOUR RETURN YOU

02:53PM   5    TOLD YOUR EMPLOYERS AT APPLE THAT YOU HAD SECURED NEW

02:53PM   6    EMPLOYMENT WITH ANOTHER COMPANY, WHICH HAPPENS FREQUENTLY IN

02:53PM   7    THE INDUSTRY, WE KNOW THAT.  IT WAS MORE THAN COINCIDENCE THAT

02:54PM   8    THE EMPLOYER THAT YOU -- THE NEW EMPLOYMENT THAT YOU HAD GAINED

02:54PM   9    WAS WITH A RIVAL COMPANY OF APPLE IN THIS PARTICULAR AREA THAT

02:54PM  10    YOU WERE TRAINED IN AND YOU WERE WORKING IN.

02:54PM  11        AND MY SENSE IS, FROM READING THE CHRONOLOGY OF WHAT

02:54PM  12    HAPPENED, IS THAT THAT'S WHAT CAUSED APPLE AND THEIR PEOPLE AND

02:54PM  13    THEIR LAWYERS TO HAVE GREAT CONCERN THAT THERE MIGHT HAVE BEEN

02:54PM  14    SOME CONNECTION BETWEEN TRAVEL, YOUR ACCESS TO THIS

02:54PM  15    INFORMATION, AND YOUR DESIRE TO DEPART IN SUCH A SHORT TIME.

02:54PM  16        THEY DID THEIR RESEARCH, AND OF COURSE AS YOU KNOW BETTER

02:54PM  17    THAN ANYONE, IT'S DIFFICULT, NOT IMPOSSIBLE, BUT DIFFICULT TO

02:54PM  18    HIDE ONE'S ELECTRONIC FINGERPRINTS AND FOOTPRINTS, AND THEY

02:55PM  19    FOUND ACTUALLY THAT YOU HAD VISITED THE LAB AT A TIME WHEN YOU

02:55PM  20    WEREN'T SUPPOSED TO AND YOU HAD DOWNLOADED ABNORMAL AMOUNTS OF

02:55PM  21    DATA AND MATERIAL IN A SHORT PERIOD, AND THEY QUESTIONED YOU

02:55PM  22    ABOUT THAT.

02:55PM  23        AND TO YOUR CREDIT, YOU ULTIMATELY, DURING THE SECOND

02:55PM  24    INTERVIEW, I BELIEVE, YOU OWNED UP, YOU ADMITTED WHAT YOU HAD

02:55PM  25    DONE.

02:55PM  1          BUT AS YOUR LAWYER SUGGESTS, YOU TOLD YOUR FORMER EMPLOYER

02:55PM  2     YOU NEVER GAVE IT TO ANYONE, YOU NEVER PROVIDED THAT

02:55PM  3     INFORMATION TO A THIRD PARTY.

02:55PM  4          AND YOUR LAWYER REMINDS US OF THAT.  AND I WOULD SUGGEST

02:55PM  5     AND IT WOULD APPEAR THAT ONE COULD MAKE THE OBSERVATION THAT

02:55PM  6     THAT DID NOT HAPPEN BECAUSE OF THE INTERDICTION BY APPLE AND

02:55PM  7     ITS EMPLOYEES, BECAUSE THEY WERE SO QUICK TO REACT TO THAT,

02:55PM  8     THEY CAUSED THAT TO BE IMPOSSIBLE, IF NOT DIFFICULT, FOR YOU TO

02:55PM  9     ENGAGE IN.  AND SO THEY, BECAUSE OF THE WORK THAT THEY DID,

02:56PM 10     MADE IT DIFFICULT, IF NOT IMPOSSIBLE, FOR YOU TO TRANSFER THAT,

02:56PM 11     WHICH WOULD HAVE PUT YOU IN A MUCH MORE SERIOUS SITUATION THAN

02:56PM 12     YOU ARE IN NOW.  THEY ACTUALLY DID YOU A FAVOR BY THEIR

02:56PM 13     INVESTIGATION IN STOPPING THAT FROM HAPPENING.

02:56PM 14          NOW, I UNDERSTAND YOU HAVE THE MATERIAL FROM YOUR OTHER

02:56PM 15     EMPLOYER, AND I THOUGHT I READ SOMEWHERE THAT YOU ADMITTED THAT

02:56PM 16     BUT YOU SUGGESTED THAT YOU HAVE I THINK IT WAS AN ACADEMIC OR

02:56PM 17     PROFESSIONAL CURIOSITY OF LOOKING AT THESE PROGRAMS AND THESE

02:56PM 18     IDEAS AND THIS SOFTWARE BECAUSE YOU WANT TO LEARN MORE, AND

02:56PM 19     THAT'S -- I UNDERSTAND THAT.

02:56PM 20          BUT MY SENSE IS THAT YOU UNDERSTAND NOW, SIR, THAT YOU

02:56PM 21     CAN'T LOOK AT PEOPLE'S COMPANY'S PRIVATE TRADE SECRETS.  THAT

02:56PM 22     MEANS SOMETHING.  THAT'S THE BLOOD OF THESE COMPANIES, AND THEY

02:57PM 23     PROTECT IT.  THEY PROTECT IT AS BEST THEY CAN.  THEY MAKE

02:57PM 24     EMPLOYEES LIKE YOURSELF SIGN AGREEMENTS PROMISING, GIVING YOUR

02:57PM 25     WORD UNDER PENALTY OF PERJURY THAT YOU WILL NOT VIOLATE THAT

02:57PM  1    PROMISE BECAUSE YOU TAKE AN OATH AND A PROMISE TO THE COMPANY

02:57PM  2    THAT THEY WILL HIRE YOU, THEY WILL PAY YOU WELL TO DO THAT WORK

02:57PM  3    BUT CONCURRENT WITH THAT IS A TRUST, THAT YOU WILL NOT VIOLATE

02:57PM  4    THE TRUST THAT THEY IMPOSE ON YOU.

02:57PM  5        AND WHAT WE KNOW FROM THE RECORD IS THAT YOU CERTAINLY

02:57PM  6    VIOLATED APPLE'S TRUST AND IT APPEARS THAT YOUR FORMER

02:57PM  7    EMPLOYER'S TRUST AS WELL WAS BREACHED.  AND THAT'S TROUBLING.

02:57PM  8    I DON'T KNOW WHAT THAT WAS ABOUT.  WAS IT WHEN YOU WENT TO WORK

02:57PM  9    FOR THE COMPETITOR, WAS THERE A SIGNIFICANT INCREASE IN SALARY?

02:57PM 10    WAS IT A POSITION YOU WERE GIVEN, A GREATER ENGINEERING

02:58PM 11    CAPACITY?  MAYBE YOU WERE AFFORDED AN OPPORTUNITY TO MANAGE A

02:58PM 12    LARGER TEAM IF YOU WOULD GO THERE AND WORK?  AND I JUST DON'T

02:58PM 13    KNOW WHAT IT WAS THAT DREW YOU TO THAT.

02:58PM 14        WAS IT A DESIRE FOR PROFESSIONAL GROWTH?  DID THAT OTHER

02:58PM 15    COMPANY PROVIDE YOU AN OPPORTUNITY TO BE MORE CREATIVE THAN YOU

02:58PM 16    WOULD HAVE BEEN AT APPLE?  AND PERHAPS THAT'S SO.  PERHAPS YOU

02:58PM 17    FELT APPLE WAS TOO LIMITING TO YOUR IDEAS.

02:58PM 18        BUT MOST COMPANIES, I'M INFORMED, HAVE OPPORTUNITIES FOR

02:58PM 19    THOSE FOLKS WHO HAVE IDEAS TO GO AND SEE THEIR SUPERIORS AND

02:58PM 20    OFFER THOSE NEW IDEAS SUCH THAT NEW THINGS CAN BE CREATED.

02:58PM 21    THAT DIDN'T HAPPEN HERE.

02:58PM 22        WELL, THOSE, SIR, ARE A COUPLE OF THE OBSERVATIONS THAT I

02:59PM 23    MADE.  AND YOUR LAWYER IS ACCURATE IN SAYING THAT OVER THE LAST

02:59PM 24    SEVERAL YEARS YOU'VE BEEN EXTREMELY WELL WHILE YOU'RE ON

02:59PM 25    PRETRIAL RELEASE.  AND I DON'T THINK ANY OF US WOULD EXPECT

02:59PM  1    ANYTHING LESS.  AND THERE WAS GREAT PRESSURE ON YOU TO DO SO.

02:59PM  2        YOU KNEW, AND YOU KNEW THROUGH YOUR LAWYER, I'M CERTAIN,

02:59PM  3    THAT THIS WAS YOUR OPPORTUNITY DURING ALL OF THIS TIME TO SHOW

02:59PM  4    THE COURT AND OTHERS THAT YOU COULD FOLLOW COURT ORDERS SUCH

02:59PM  5    THAT YOU WOULD MAKE A BETTER APPEARANCE AT THE DAY OF

02:59PM  6    SENTENCING, AND THAT'S TRUE.  THAT'S ABSOLUTELY TRUE.

02:59PM  7        BUT WE CAN'T IGNORE THAT.  OF COURSE YOU DID WELL BECAUSE

02:59PM  8    YOU KNEW IT WAS IN YOUR OWN BEST INTEREST TO DO WELL.  AND I

02:59PM  9    APPRECIATE THAT.

02:59PM  10        I ALSO UNDERSTAND AND I'VE READ ABOUT THE SIGNIFICANT,

02:59PM  11    SIGNIFICANT ISSUES THAT IT HAS RAISED WITH YOUR FAMILY, THE

03:00PM  12    STRESS, THE PRESSURE, AND I UNDERSTAND THE PERSONAL, PERSONAL

03:00PM  13    TOIL THAT THIS HAS TAKEN UPON YOUR LIFE AND YOUR FAMILY'S LIFE,

03:00PM  14    AND I RESPECT THAT.

03:00PM  15        I'M HAPPY TO HEAR THAT YOU HAVE A SECOND CHILD.  AND I WAS

03:00PM  16    HAPPY TO HEAR ABOUT YOUR LIFE HERE, YOU'RE A HOMEOWNER.  YOUR

03:00PM  17    WIFE IS HIGHLY EDUCATED AND A SKILLED PROFESSIONAL AS WELL.

03:00PM  18        SO WE JUST DON'T KNOW WHAT CAUSES SOMEONE TO BREACH THOSE

03:00PM  19    TRUSTS THE WAY YOU DID, SIR.  THOSE ARE THE OBSERVATIONS, SOME

03:00PM  20    OBSERVATIONS THAT I WANTED TO MAKE BEFORE I INVITE YOU TO MAKE

03:00PM  21    A STATEMENT IF YOU WISH TO MAKE ONE, SIR.

03:00PM  22        SO IS THERE ANYTHING YOU WOULD LIKE TO SAY OR ANYTHING YOU

03:00PM  23    WOULD LIKE ME TO KNOW BEFORE I IMPOSE SENTENCE?

03:00PM  24            THE DEFENDANT:  THANK YOU, YOUR HONOR.

03:00PM  25        YEAH.  LIKE I SAID, I EVEN SOMETIMES DON'T KNOW WHAT

03:01PM 1   HAPPENED, WHY THIS HAPPENED TO ME, BUT I FELT SO SORRY AND ALSO

03:01PM 2   ASHAMED SO -- BECAUSE I LET EVERYONE WHO LOVED ME, WHO TRUSTED

03:01PM 3   ME, AND WHO KNOW ME DOWN.

03:01PM 4        I DON'T KNOW WHAT I CAN DO, BUT I FEEL DEEP SORRY TO

03:01PM 5   APPLE, TO MY FAMILY, TO MY FRIENDS.  I WILL TAKE THE FULL

03:01PM 6   RESPONSIBILITY.  AND IF THERE'S A CHANCE, I THINK I WILL TRY MY

03:01PM 7   BEST TO MAKE UP EVERYTHING.  YEAH.

03:01PM 8             THE COURT:  OKAY.  THANK YOU, SIR.

03:01PM 9             THE DEFENDANT:  THANK YOU, YOUR HONOR.

03:01PM 10            THE COURT:  YOU'RE WELCOME.  THANK YOU, SIR.

03:02PM 11       MS. HARRIS, ANYTHING FURTHER?

03:02PM 12            MS. HARRIS:  JUST TO CHECK ONE LAST TIME WHETHER OR

03:02PM 13  NOT THE VICTIM WOULD LIKE TO BE HEARD?

03:02PM 14            VICTIM APPLE:  NO.  THANK YOU, YOUR HONOR.

03:02PM 15            MS. HARRIS:  OKAY.  NOTHING FURTHER FROM THE

03:02PM 16  GOVERNMENT.  THANK YOU, YOUR HONOR.

03:02PM 17            THE COURT:  MR. OLMOS?

03:02PM 18            MR. OLMOS:  NOTHING FURTHER, YOUR HONOR.  THANK YOU.

03:02PM 19            THE COURT:  ANYTHING FURTHER FROM PROBATION?

03:02PM 20            PROBATION OFFICER:  NO, YOUR HONOR, UNLESS YOU HAVE

03:02PM 21  ANY QUESTIONS.

03:02PM 22            THE COURT:  WELL, I DO NOTE THAT AND I BELIEVE,

03:02PM 23  MS. SUNTAY, YOU NOTE IN YOUR PROBATION REPORT THAT THE

03:02PM 24  RECOMMENDATION IS 12 MONTHS AND 1 DAY.  I BELIEVE YOU INDICATED

03:02PM 25  THAT THIS IS YOUR PRE-5K RECOMMENDATION.

03:02PM 1                      PROBATION OFFICER:  THAT'S CORRECT, YOUR HONOR.

03:02PM 2                      THE COURT:  DO YOU HAVE A POST 5K RECOMMENDATION?

03:02PM 3                      PROBATION OFFICER:  NO, YOUR HONOR, WE DO NOT TAKE

03:02PM 4        INTO CONSIDERATION THE 5K1.1 MOTION BECAUSE WE DON'T HAVE ANY

03:02PM 5        INPUT OR INFORMATION AS TO WHAT THE DEFENDANT INPUT WAS ON IT.

03:02PM 6                      THE COURT:  RIGHT.  BUT I'M JUST CURIOUS WHETHER

03:02PM 7        WITH KNOWLEDGE NOW THAT THE COURT GRANTED THAT MOTION, DOES

03:02PM 8        PROBATION HAVE A DIFFERENT RECOMMENDATION AS TO WHAT THE

03:03PM 9        SENTENCE SHOULD BE?

03:03PM 10                     PROBATION OFFICER:  NO, YOUR HONOR.

03:03PM 11                     THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

03:03PM 12           ALL RIGHT.  THANK YOU.

03:03PM 13           WELL, I'VE INDICATED IN MY COMMENTS TO MR. ZHANG SOME OF

03:03PM 14       THE OBSERVATIONS THAT WERE MOST TROUBLING TO ME, AND I TALKED

03:03PM 15       ABOUT THOSE SOMEWHAT AT LENGTH.

03:03PM 16           I DO WANT TO -- AND I'VE TOUCHED A LITTLE BIT ON THE GOOD

03:03PM 17       THINGS THAT HE'S DONE AND HIS DESIRE TO CONTINUE TO DO THOSE

03:03PM 18       GOOD THINGS, AND I BELIEVE HIM IN THAT RESPECT.

03:03PM 19           AGAIN, I DON'T -- EXCUSE ME, I DON'T KNOW WHY HE ENGAGED

03:03PM 20       IN THIS CONDUCT.  WAS IT THE APPEAL OF A BETTER JOB?  MORE

03:03PM 21       INCOME?  I JUST DON'T KNOW.

03:03PM 22           ANYTHING YOU'D LIKE TO SAY?

03:03PM 23                     MR. OLMOS:  NO, YOUR HONOR.  THANK YOU.

03:03PM 24                     THE COURT:  OKAY.  WAS IT PERSONAL PRIDE AND GROWTH?

03:04PM 25       I JUST DON'T KNOW.  AND WHAT WOULD CAUSE SOMEONE TO DO THIS AND

03:04PM 1   PUT THEIR FAMILY AT RISK?  WAS IT HUBRIS THINKING, WELL, I'M

03:04PM 2   NOT GOING TO GET CAUGHT?  WAS IT I'VE DONE IT BEFORE IN ANOTHER

03:04PM 3   PLACE AND SO I CAN DO IT AGAIN HERE?  THAT'S A BAD PATTERN,

03:04PM 4   AND, OF COURSE, THAT'S WHY YOU STAND HERE TODAY, SIR.

03:04PM 5        IN THIS MATTER THE COURT WILL ORDER A SPECIAL ASSESSMENT

03:04PM 6   OF $100.

03:04PM 7        THE COURT WILL ORDER RESTITUTION IN THE AGREED AMOUNT OF

03:04PM 8   $146,984.  I BELIEVE THE PARTIES STIPULATED AND AGREED TO THAT

03:04PM 9   AMOUNT OF RESTITUTION.

03:04PM 10       THE COURT WILL NOT IMPOSE A FINE IN THIS MATTER.  THE

03:04PM 11  COURT FINDS THAT A FINE IS NOT APPROPRIATE IN THIS MATTER.  AND

03:04PM 12  I WILL ORDER FORFEITURE OF ALL OF THE ITEMS LISTED ON PAGE 5 OF

03:04PM 13  THE RECOMMENDATIONS, AND THOSE INCLUDE VARIOUS PROPRIETARY

03:05PM 14  DOCUMENTS, PROPERTIES, HARD DRIVES, AND OTHERS.

03:05PM 15       IN THIS MATTER, THE COURT FINDS THAT IT IS APPROPRIATE TO

03:05PM 16  IMPOSE A VARIANCE, AND I WILL FOLLOW RECOMMENDATIONS OF

03:05PM 17  PROBATION AND THE GOVERNMENT, THE COURT FINDS THAT A VARIANCE

03:05PM 18  IS APPROPRIATE PARTICULARLY BECAUSE OF THE COURT'S ACTION ON

03:05PM 19  THE 5K AND THE COURT'S ANALYSIS OF THE 3553 FACTORS CONSIDERING

03:05PM 20  THE NEED FOR PUNISHMENT, THE DETERRENCE FROM FUTURE CRIMES, AND

03:05PM 21  THE PROTECTION OF COMMUNITY, AS WELL AS THE NATURE AND

03:05PM 22  CIRCUMSTANCES OF THE OFFENSE, AND THE HISTORY AND

03:05PM 23  CHARACTERISTICS OF THE DEFENDANT.

03:05PM 24       THE COURT DOES FIND THAT A VARIANCE IS APPROPRIATE, AND

03:05PM 25  THE COURT WILL ORDER AND I AM GOING TO IMPOSE A CUSTODIAL

03:05PM 1      SENTENCE OF 120 DAYS, 120 DAYS.

03:06PM 2          THE COURT WILL IMPOSE A PERIOD OF SUPERVISED RELEASE OF

03:06PM 3      THREE YEARS.

03:06PM 4          AND I WILL ADOPT THE RECOMMENDATIONS FOR CONDITIONS OF

03:06PM 5      SUPERVISED RELEASE, MS. SUNTAY.  AND I FIND THAT ALL OF THOSE

03:06PM 6      ARE APPROPRIATE, MS. SUNTAY, IN THIS MATTER.

03:06PM 7              PROBATION OFFICER:  YOUR HONOR, DOES THE COURT ALSO

03:06PM 8      ADOPT THE PAYMENT PLAN FOR RESTITUTION OR SEEK AN ALTERNATIVE

03:06PM 9      PAYMENT PLAN?

03:06PM 10             THE COURT:  I WAS JUST LOOKING AT THAT.  AND YOU

03:06PM 11     SUGGEST $25 PER QUARTER.

03:06PM 12             PROBATION OFFICER:  THAT'S WHEN HE'S INCARCERATED,

03:06PM 13     BUT WHEN HE'S ON SUPERVISED RELEASE, WE'RE RECOMMENDING MONTHLY

03:06PM 14     PAYMENTS OF NOT LESS THAN $300, OR AT LEAST 10 PERCENT OF

03:06PM 15     EARNINGS, WHICHEVER IS GREATER.

03:06PM 16             THE COURT:  DO YOU WISH TO BE HEARD ON THAT,

03:06PM 17     MR. OLMOS?

03:06PM 18             MR. OLMOS:  I DON'T, YOUR HONOR.  I DON'T ANTICIPATE

03:06PM 19     THAT BEING AN ISSUE.

03:06PM 20             THE COURT:  THANK YOU.  I WILL ADOPT THOSE PAYMENT

03:06PM 21     SCHEDULES AS YOU'VE INDICATED.

03:06PM 22         SURRENDER DATE?

03:07PM 23         (DISCUSSION AMONGST DEFENSE COUNSEL AND CLIENT OFF THE

03:07PM 24     RECORD.)

03:07PM 25             MR. OLMOS:  YOUR HONOR, TAKING INTO ACCOUNT

03:07PM  1      MR. ZHANG'S OLDER CHILD'S SCHOOL SCHEDULE, COULD WE HAVE A

03:07PM  2   SURRENDER DATE IN EARLY JUNE?

03:07PM  3              THE COURT:  OF COURSE.  DO YOU KNOW WHEN THE TERM

03:07PM  4   ENDS?

03:07PM  5              MR. OLMOS:  HE DOESN'T EXACTLY, SO I WAS GOING TO

03:07PM  6   SUGGEST PERHAPS JUNE THE 14TH.

03:07PM  7              THE COURT:  LET'S DO JUNE, LET'S DO NO LATER THAN

03:07PM  8   JUNE 19TH AT 2:00 P.M.

03:07PM  9              MR. OLMOS:  JUNE 19TH.  OKAY.

03:08PM  10             THE COURT:  AND IS THERE A REQUEST FOR A SUGGESTED

03:08PM  11  LOCATION?

03:08PM  12             MR. OLMOS:  YES, YOUR HONOR.  A FACILITY WITHIN

03:08PM  13  CALIFORNIA, AND IF POSSIBLE, WITHIN NORTHERN CALIFORNIA,

03:08PM  14  ALTHOUGH I'M NOT SURE THAT'S -- AS CLOSE TO HOME AS POSSIBLE.

03:08PM  15             THE COURT:  AS CLOSE TO SAN JOSE AS POSSIBLE?

03:08PM  16             MR. OLMOS:  YES.

03:08PM  17             THE COURT:  ALL RIGHT.  THANK YOU.

03:08PM  18        THEN I WILL SUGGEST STRONGLY TO THE BUREAU OF PRISONS THAT

03:08PM  19  MR. ZHANG BE PLACED, IF AT ALL POSSIBLE, IN A FACILITY AS CLOSE

03:08PM  20  AS POSSIBLE TO SAN JOSE, CALIFORNIA.

03:08PM  21        THE COURT FINDS ALSO THAT MR. ZHANG SHOULD BE CONSIDERED

03:08PM  22  FOR ANY RANCH OR OTHER TYPE OF FACILITY.  HE IS NOT -- THERE'S

03:08PM  23  NO GANG AFFILIATION, THERE'S NO DRUGS, NO SUBSTANCE ABUSE

03:08PM  24  ISSUES INVOLVED WITH HIM, THERE'S NO VIOLENCE AT ALL, AND HE

03:08PM  25  SEEMS LIKE HE WOULD BE AN APPROPRIATE CANDIDATE FOR ANY OTHER

03:08PM 1     TYPE OF ALTERNATIVE FACILITY THAT THE BUREAU OF PRISONS HAS

03:09PM 2     AVAILABLE TO IT, AND THAT WOULD ALSO ENHANCE VISITATION WITH

03:09PM 3     FAMILY, WHICH THE COURT ALSO FINDS ENHANCES REHABILITATION.

03:09PM 4         DOES THAT COVER WHAT THE BUREAU OF PRISONS NEEDS TO HEAR

03:09PM 5     FROM THE COURT, MS. SUNTAY?

03:09PM 6             PROBATION OFFICER:  NO, BUT I'LL PUT THAT IN THE

03:09PM 7     RECOMMENDATION.

03:09PM 8             THE COURT:  THANK YOU.

03:09PM 9             PROBATION OFFICER:  IT WILL ASSIST THE BOP A LITTLE

03:09PM 10    BIT MORE.

03:09PM 11            THE COURT:  GREAT.  THANK YOU.

03:09PM 12        THE COURT FINDS THAT HE WOULD BE AN EXCELLENT CANDIDATE AT

03:09PM 13    ONE OF THOSE FACILITIES.  I KNOW THE DIFFERENT FACILITIES,

03:09PM 14    LOMPOC AND OTHER FACILITIES, HAVE OPPORTUNITIES FOR INMATES TO

03:09PM 15    ACTUALLY ENGAGE IN TEACHING, AND I KNOW OTHER INDIVIDUALS,

03:09PM 16    EXECUTIVES, AND INDIVIDUALS HAVE BEEN PLACED IN THOSE

03:09PM 17    FACILITIES.

03:09PM 18        AND, MR. ZHANG, I HOPE YOU WOULD GET INTO A FACILITY THAT

03:09PM 19    WOULD ALLOW YOU TO TEACH MATH TO OTHER INDIVIDUALS IN CUSTODY.

03:10PM 20    THAT'S -- IF YOU DO THAT, SIR, YOU WILL ONLY BE THERE A SHORT

03:10PM 21    TIME.  I REALIZE IT'S EASY FOR ME TO SAY 120 DAYS IN A PRISON

03:10PM 22    IS A SHORT TIME, BUT IF YOU CAN AVAIL YOURSELF TO TEACH OTHER

03:10PM 23    INDIVIDUALS WHO DO NOT HAVE THE BENEFIT OF YOUR EDUCATION AND

03:10PM 24    BACKGROUND, YOU WOULD BETTER THEIR LIVES.  IF YOU COULD TEACH

03:10PM 25    PEOPLE TO SOLVE 4X, THAT SIMPLE CONCEPT OF SOLVING 4X, YOU

03:10PM   1    COULD OPEN UP A WHOLE NEW AVENUE OF OPPORTUNITIES FOR MANY OF

03:10PM   2    THE MEN, YOUNG AND OLD, THAT YOU WILL MEET.

03:10PM   3         SO I HOPE YOU WILL CONSIDER THAT, SIR.

03:10PM   4         SIR, YOU DO HAVE THE RIGHT TO APPEAL THIS SENTENCE.  IF

03:10PM   5    YOU WISH TO FILE AN APPEAL, IT MUST BE FILED WITHIN 14 DAYS OF

03:10PM   6    TODAY'S DATE.

03:10PM   7         DO YOU UNDERSTAND THAT, SIR?

03:10PM   8              THE DEFENDANT:  YES, YOUR HONOR.

03:10PM   9              THE COURT:  ANYTHING FURTHER?

03:10PM  10              MS. HARRIS:  NO, YOUR HONOR.  THANK YOU.

03:10PM  11              MR. OLMOS:  NO, YOUR HONOR.  THANK YOU.

03:10PM  12              THE COURT:  THANK YOU.  GOOD LUCK, SIR.

03:10PM  13         (COURT CONCLUDED AT 3:10 P.M.)

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18
           DATED:  OCTOBER 28, 2024
19

20

21

22

23

24

25