Daniel B. Olmos (CA SBN 235319)

**NOLAN BARTON OLMOS & LUCIANO LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Email: dolmos@nbo.law

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>XIAOLANG ZHANG,<br><br>    Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO UNSEAL PLEA AGREEMENT** |

IT IS HEREBY STIPULATED AND AGREED between the Government and Defendant Xiaolang Zhang, through undersigned counsel, that the Plea Agreement that was originally filed under seal (*see* Docket No. 72) be unsealed.

The parties originally agreed to seal the Plea Agreement because it was a cooperation agreement. The parties now stipulate and agree to unsealing the Plea Agreement so that it may be used in collateral proceedings.

//
//
//
//
//

IT IS SO STIPULATED.

Dated: November 4, 2024						NOLAN BARTON OLMOS & LUCIANO LLP


							 /s/ *Daniel B. Olmos*
							Daniel B. Olmos
							Attorney for Defendant Xiaolang Zhang


Dated: November 4, 2024						ISMAIL J. RAMSEY
							UNITED STATES ATTORNEY


							 /s/ *Marissa Harris*
							By: Marissa Harris
							Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>XIAOLANG ZHANG,<br><br>　　　　　　　Defendant. | Case No. 5:18-cr-00312 EJD<br><br>**[PROPOSED] ORDER TO UNSEAL PLEA AGREEMENT** |

　　GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the Plea Agreement be unsealed.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge