UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>     v.<br><br>XIAOLANG ZHANG,<br><br>              Defendant. | Case No. 5:18-cr-00312 EJD<br><br>[~~PROPOSED~~] ORDER TO UNSEAL PLEA AGREEMENT |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the Plea Agreement be unsealed.

Dated: November 6, 2024

_____
The Hon. Edward J. Davila
United States District Judge

3

*United States v. Xiaolang Zhang*; Case No. 18-cr-00312-EJD
Stipulation and [~~Proposed~~] Order to Unseal Plea Agreement